UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDMUND BRYAN,                         :
                                      :   No. 07 Civ. 7300 (SHS)
              Plaintiff,              :
                                      :   ECF Case
       -against-                      :
                                      :   **STATEMENT**
MEMORIAL SLOAN-KETTERING CANCER       :   **PURSUANT TO**
CENTER,                               :   **FEDERAL RULE 7.1**
                                      :
              Defendant.              :
------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Memorial Sloan-Kettering Cancer Center hereby certifies that it does not have any corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: October 9, 2007
       New York, New York

                                     Respectfully submitted,
                                     McDERMOTT WILL & EMERY LLP


                                     By:_____
                                        Joel E. Cohen (JC 5312)
                                        Katherine D. Kale (KK 7586)
                                        340 Madison Avenue
                                        New York, New York 10173
                                        Tel: (212) 547-5400
                                        Fax: (212) 547-5444

                                     *Attorneys for Defendant Memorial*
                                     *Sloan-Kettering Cancer Center*

NYK 1124677-1.034164.0066