```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDMUND BRYAN,                        :     07 Civ. 7300 (SHS)

          Plaintiff,           :

   -against-                         :     ORDER

MEMORIAL SLOAN-KETTERING CANCER      :
CENTER,
                                 :
         Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that:

     1.    The last day for plaintiff to amend its complaint is November 12, 2007;

     2.    Defendant shall submit a letter outlining its basis for a summary judgment motion by November 26, 2007;

     3.    Plaintiff shall submit its response to defendant's letter by December 10, 2007; and

     4.    There will be a pretrial conference on December 13, 2007, at 10:00 a.m.

Dated: New York, New York
       October 11, 2007

SO ORDERED:

Sidney H. Stein, U.S.D.J.