```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDMUND BRYAN,                            :     07 Civ. 7300 (SHS)

          Plaintiff,        :

    -against-                            :     ORDER

MEMORIAL SLOAN KETTERING CANCER   :
CENTER,

          Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties and plaintiff present,

      IT IS HEREBY ORDERED that:

      1.    There will be a mid discovery status conference on March 14, 2008, at 10:00 a.m.; and

      2.    The last day for completion of discovery is April 30, 2008.

Dated: New York, New York
       December 13, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.