USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDMUND BRYAN, : 07 Civ. 7300 (SHS)

                Plaintiff, :

   -against- : ORDER

MEMORIAL SLOAN-KETTERING CANCER :
CENTER,
                 :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    If defendant intends to move for summary judgment, it should write the Court a letter setting forth the basis for that motion on or before April 25, 2008;

      2.    Plaintiff's letter in response to defendant's submission is due on or before May 5, 2008;

      3.    The last day for completion of discovery remains at April 30, 2008; and

      4.    There will be a pretrial conference on May 9, 2008, at 10:30 a.m.

Dated: New York, New York
       March 14, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.