UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDMUND BRYAN,           :

        Plaintiff,    :     No. 07 Civ. 7300 (SHS)

   -against-    :     ECF CASE

MEMORIAL SLOAN-KETTERING CANCER   :   **NOTICE OF MOTION**
CENTER,

        Defendant.    :
------------------------------------- X

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Affidavit of Katherine D. Kale, Esq., sworn to April 17, 2008, and the exhibits attached thereto, defendant Memorial Sloan-Kettering Cancer Center, by its attorneys McDermott Will & Emery LLP, will move this Court on a date and at a time to be designated by the Court, at the United States Courthouse located at 500 Pearl Street, New York, New York for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for sanctions against plaintiff Edmund Bryan.

Dated: New York, New York
      April 17, 2008

                         Respectfully submitted,

                         McDERMOTT WILL & EMERY LLP

       By: _____
              Joel E. Cohen (JC 5312)
              Katherine D. Kale (KK 7586)
              340 Madison Avenue
              New York, New York 10173
              (212) 547-5400

              *Attorneys for Defendant*