USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDMUND BRYAN,

   Plaintiff,       No. 07 Civ. 7300 (SHS)

 -against-        ECF CASE

MEMORIAL SLOAN-KETTERING CANCER **REVISED SCHEDULING ORDER**
CENTER,

   Defendant.
------------------------------------- X

SIDNEY H. STEIN, U.S. District Judge.

  IT IS HEREBY ORDERED that:

  1. If defendant intends to move for summary judgment, it should write the Court a letter setting forth the basis for that motion on or before April 30, 2008;

  2. Plaintiff's letter in response to defendant's submission is due on or before May 7, 2008;

  3. The parties may conduct the deposition of Michael Murphy, M.D. on or before May 6, 2008. The last day for completion of all other discovery remains at April 30, 2008; and

  4. There will be a pretrial conference on May 9, 2008, at 10:30 a.m.

Dated: New York, New York
   April 21, 2008

             SO ORDERED:

             Sidney H. Stein, U.S.D.J.