```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDMUND BRYAN,                              :    07 Civ. 7300 (SHS)

               Plaintiff,           :

   -against-                              :    <u>ORDER</u>

MEMORIAL SLOAN KETTERING CANCER    :
CENTER,
                                  :
               Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Defendant's motion for summary judgment is due on or before May 23, 2008;

      2.    Plaintiff's opposition to the motion is due on or before June 13, 2008; and

      3.    Defendant's reply to its motion is due on or before June 20, 2008.

Dated: New York, New York
       May 9, 2008

                                              SO ORDERED:

                                              _____
                                              Sidney H. Stein, U.S.D.J.