MAY-15-2008 11:57   Received   212 5475830

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDMUND BRYAN,

        Plaintiff,

   -against-

MEMORIAL SLOAN-KETTERING CANCER
CENTER,

        Defendant.
------------------------------------- X

No. 07 Civ. 7300 (SHS)

ECF CASE

**ORDER**

SIDNEY H. STEIN, U.S. District Judge.

   IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment is due on or before May 30, 2008;

2. Plaintiff's opposition to the motion is due on or before June 20, 2008; and

3. Defendant's reply to its motion is due on or before June 27, 2008.

Dated: New York, New York
       May 15, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.