UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EDMUND BRYAN,                        :
                                     :   No. 07 Civ. 7300 (SHS)
            Plaintiff,               :
                                     :   ECF CASE
        -against-                    :
                                     :   **NOTICE OF MOTION**
MEMORIAL SLOAN-KETTERING CANCER      :
CENTER,                              :
                                     :
            Defendant.               :
------------------------------------ X

    PLEASE TAKE NOTICE that, upon all the prior pleadings, the annexed Attorney Affidavit Of Katherine D. Kale, Esq., sworn to May 30, 2008, and the exhibits attached thereto; the Affidavit Of Pamela Dudley, sworn to May 28, 2008, and the exhibits attached thereto; Defendant's Statement In Compliance With Rule 56.1; and the accompanying Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment, defendant Memorial Sloan-Kettering Cancer Center will move this Court on a date and at a time to be designated by the Court, at the United States Courthouse located at 500 Pearl Street, New York, New York for an Order, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, granting summary judgment in its favor and dismissing the Amended Complaint filed by plaintiff Edmund Bryan.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order dated May 15, 2008, answering papers, if any, shall be served upon the undersigned by June 20, 2008, and reply papers, if any, shall be served by June 27, 2008.

Dated: New York, New York
May 30, 2008

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: _____
Joel E. Cohen (JC 5312)
Katherine D. Kale (KK 7586)
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400

Attorneys for Defendant
Memorial Sloan-Kettering Cancer Center

NYK 1162483-1.034164.0066