## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Friday, May 30, 2008, I served the accompanying Notice of Motion, Affidavit of Katherine D. Kale, Esq., Affidavit of Pamela Dudley, Defendant's Statement in Compliance With Rule 56.1, Memorandum of Law in Support of Defendant's Motion for Summary Judgment, and Appendix of Unreported Cases Submitted in Support of Defendant's Motion for Summary Judgment upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      May 30, 2008

                                                 Amelia J. Crowley

NYK 1163148-1.034164.0066