# EXHIBIT G

Case 1:07-cv-07300-SHS    Document 21-11    Filed 05/30/2008    Page 1 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
EDMUND BRYAN,

        Plaintiff,

  -against-          No. 07 Civ. 7300 (SHS)

                          ECF Case
MEMORIAL SLOAN-KETTERING CANCER
CENTER,

        Defendant.
------------------------------------x

          April 24, 2008
          1:55 P.M.


      Deposition of Defendant, by

MIGUEL RUIZ, taken by Plaintiff, pursuant to

Notice, at the offices of The Scott Firm, 55

Washington Street, Suite 705, Brooklyn, New

York 11201, before Charisse Romeo, a Shorthand

Reporter and Notary Public within and for the

State of New York.

Page 2

```
 1
 2  APPEARANCES:
 3
       THE SCOTT FIRM
 4        Attorneys for Plaintiff
          55 Washington Street, Suite 705
 5        Brooklyn, New York 11201
 6     BY: A. BARAKA SCOTT, ESQ.
 7
 8     McDERMOTT, WILL & EMERY, LLP
          Attorneys for Defendant
 9        340 Madison Avenue
          New York, New York 10173
10
       BY: KATHERINE D. KALE, ESQ.
11
12  ALSO PRESENT:
13        PAMELA DUDLEY
          Memorial Sloan-Kettering Center
14        Human Resources Representative
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2       IT IS HEREBY STIPULATED AND AGREED by
 3  and between the attorneys for the respective
 4  parties herein that the sealing, filing and
 5  certification of the within deposition be waived;
 6  that such deposition may be signed and sworn to
 7  before any officer authorized to administer an
 8  oath, with the same force and effect as if signed
 9  and sworn to before a judge of this court.
10       IT IS FURTHER STIPULATED AND AGREED
11  that all objections, except as to the form, are
12  reserved to the time of the trial.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              M. Ruiz
 2  MIGUEL RUIZ,
 3      having been first duly sworn by the
 4      Notary Public (Charisse Romeo), was
 5      examined and testified as follows:
 6  EXAMINATION BY MR. SCOTT:
 7      Q.  Would you state your name for the
 8  record?
 9      A.  Miguel Ruiz.
10      Q.  What is your address?
11      A.  Business address is 1275 York
12  Avenue, New York, New York.
13      Q.  Good afternoon, Mr. Ruiz. My
14  name is Armani Scott. I represent Edmund
15  Bryan in a case captioned Edmund Bryan versus
16  Memorial Sloan-Kettering Cancer Center.
17          You are appearing today pursuant
18  to a notice of deposition?
19      A.  Excuse me?
20      Q.  You are appearing here today
21  pursuant to a notice of deposition?
22      A.  Yes.
23      Q.  I'm just going to lay down some
24  ground rules.
25          I'm going to ask you some
```

Page 5

```
 1              M. Ruiz
 2  questions. As you can see, the court reporter
 3  is taking down everything that is being said.
 4  I would like you to wait for me to complete my
 5  question before you answer.
 6          In the event that I phrase a
 7  question or a sentence in an inartful way, you
 8  let me know and I will try to rephrase it so
 9  you can understand it and we can move it
10  along. If you don't know an answer to a
11  question, feel free to say I don't know. I
12  don't want you to guess on anything and we
13  will move this along, okay?
14      A.  Okay.
15      Q.  Mr. Ruiz, by whom are you
16  employed?
17      A.  Memorial Sloan-Kettering.
18      Q.  And for how long have you been
19  employed by them?
20      A.  July will be two years.
21      Q.  July of 2008 will make two years?
22      A.  Yes, I have been an employee
23  since 2006.
24      Q.  And what is your job title there?
25      A.  I'm a lead tech, central services
```

Page 6

1           M. Ruiz
2   lead tech.
3       Q.   And for how long have you had
4   that job title with Memorial?
5       A.   Since the day hired.
6       Q.   So since the date you were hired
7   there?
8       A.   At that hospital. Prior to that
9   hospital, I came from NYU Medical Center.
10      Q.   Okay. My question is, for the
11  entire time that you were at Memorial
12  Sloan-Kettering, your job title was?
13      A.   Lead tech.
14      Q.   Lead tech, okay.
15      A.   I was hired as -- for a lead
16  tech.
17      Q.   You said prior to coming to
18  Memorial, where were you working?
19      A.   NYU Medical Center.
20      Q.   What was your job title there?
21      A.   I started off as a receptacle
22  services technician and then I worked my way
23  up to lead tech and supervisor.
24      Q.   Okay. And how long were you over
25  at NYU?

Page 7

1           M. Ruiz
2       A.   Twenty-two years.
3       Q.   And just briefly, could you just
4   state what your educational background is,
5   your education?
6       A.   High school diploma.
7       Q.   What are the job responsibilities
8   of a lead tech at Memorial?
9       A.   We cover -- I cover when the
10  supervisor is either on vacation, sick or off.
11      Q.   When you say you "cover," what do
12  you mean by that?
13      A.   Well, I take charge. I am in
14  charge of the department, of the staff.
15      Q.   And any other job
16  responsibilities as a lead tech?
17      A.   Yes. Many.
18      Q.   And the question is, what are
19  they, sir? Educate me, please.
20      A.   Well, we, we train new employees,
21  we, I -- if they have any questions regarding
22  the job or anything that they need to know
23  about the job, I show them.
24      Q.   And when you say that you train
25  new employees, could you be a little bit more

Page 8

1           M. Ruiz
2   specific? In what ways do you train them,
3   what do you show them to do, what do you show
4   them how to do?
5       A.   Certain assignments in each area
6   they are assigned to do, we will train them.
7   We'll train them.
8       Q.   Give me a garden variety
9   assignment, what kind of assignment would a
10  lead technician train someone in doing?
11      A.   I don't understand. I don't
12  understand the question.
13      Q.   Would they train them on how to
14  package some sort of medical items?
15      A.   We train them in -- okay, like I
16  said, it depends on the assignment that they
17  have. If they first start in, let's say,
18  decontamination area, we show them what type
19  of chemicals, how to handle machineries in
20  contaminated areas and certain stuff like
21  that. I mean -- and then that's one
22  assignment.
23           Prep and pack area, that is the
24  area which we assemble the instruments, once
25  they come out of the decontam area and then we

Page 9

1           M. Ruiz
2   assemble the instruments there. We show them
3   how -- well, that part there takes a long
4   period to learn because you have to learn all
5   the instruments and we have quite a few
6   instruments to learn.
7       Q.   How many instruments?
8       A.   Thousands.
9       Q.   Thousands of instruments?
10      A.   Uh-huh.
11      Q.   Okay. Continue, please. What
12  other types of training?
13      A.   So we train them there. We show
14  them how -- the names of the instruments, how
15  to package them in a container, sterile
16  container. And from there we also train them
17  in the sterilization area where after the
18  package is wrapped, it goes into a sterilizer
19  to be cooked.
20      Q.   All right.
21      A.   That is another assignment there.
22  We also have a custom area where we highly
23  disinfect scopes and bronchoscopes,
24  colonoscopy scopes. We also have a case cart
25  room area which we pick cases for the OR. The

Page 26

M. Ruiz

1  hired you?
2  A. He hired me, yes.
3  Q. Did he hire you on the spot?
4  A. Yes, it took me about a week,
5  like a week or so, like two weeks before I
6  started, before I got hired.
7  Q. Okay. My question is did he hire
8  you on the spot and you said yes, it took me
9  about a week or two before I got hired. Can
10 you clarify that, what you mean by that?
11 A. Okay, he hired me, he told me how
12 soon I can start. So I told him in about a
13 two weeks, because I wanted like a
14 minivacation before I started because I was at
15 the other job and I just didn't want to start
16 right away without having a small break for
17 myself.
18 Q. Just so we're clear, at the end
19 of that one-hour interview with John Meggs,
20 you were hired for the position of lead tech
21 by him, correct?
22 A. Uh-huh.
23 Q. Okay. And why were you leaving
24 your job at NYU?

Page 27

M. Ruiz

1  A. Cause I had gotten promoted to
2  supervisor at NYU and I held that position for
3  two years and I started -- and I was not
4  getting along with their managing there and I
5  decided to leave.
6  Q. During your interview with John
7  Meggs, did he ask why you were leaving NYU?
8  A. Yes.
9  Q. And what did you tell him?
10 A. The same thing I just told you.
11 Q. Okay. And did you go into any
12 more details with John Meggs in regard to what
13 the nature of the problem was with you and
14 management over at NYU?
15 A. Yeah, I told him.
16 Q. Could you tell us now?
17 A. I told him I wasn't getting along
18 with the management there and I was getting
19 stressed out and I wanted to leave.
20 Q. When you say you weren't getting
21 along with the management, can you be a little
22 more specific? What was happening there that
23 you weren't getting along with management?
24 A. Well, she was just being too

Page 28

M. Ruiz

1  demanding, too much, it was, you know, too
2  much reports of the department and stuff like
3  that.
4  Q. When you say "too much reports of
5  the department," what do you mean, she was
6  requiring you to do too many reports?
7  A. Yes.
8  Q. And you told this to John
9  Meggs --
10 A. Yes.
11 Q. -- specifically?
12 A. Uh-huh.
13 Q. I mean, you have to say yes.
14 A. Yes, yes, yes.
15 Q. It's all right. Don't worry
16 about it.
17    Mr. Ruiz, who is Rupert Gillette?
18 A. He is the night supervisor.
19 Q. Okay.
20 A. Night shift supervisor.
21 Q. In the hierarchy at Memorial, do
22 you work under him or does he work under you?
23 A. I work under him.
24 Q. Did you know Rupert Gillette

Page 29

M. Ruiz

1  prior to coming to work at Memorial
2  Sloan-Kettering?
3  A. No, sir.
4  Q. First time you met him was
5  arriving to work as lead technician for
6  Memorial?
7  A. That's correct.
8  Q. Were there ever occasions when
9  Rupert Gillette would send you to Edmund Bryan
10 or for Edmund Bryan to tell you about certain
11 instruments in the department?
12 A. Can you rephrase that question?
13 Q. Yes.
14    Did Rupert Gillette ever send you
15 over to Edmund Bryan to get information about
16 instruments in the department?
17 A. No, not that I recall, no.
18 Q. Do you ever recall Rupert
19 Gillette instructing Edmund Bryan to train you
20 about the use of certain instruments in the
21 department?
22 A. No.
23 Q. That never occurred?
24 A. No.

Page 50

M. Ruiz

Q. He is a vendor and he services machines.
A. Right.
Q. Does he engage in joking?
A. No, not -- I'm not aware --
Q. I'm sorry, I shouldn't have cut you off.
A. I am not aware of Kevin.
Q. What about Kevin Walrond; does he engage in the joking that takes place?
A. Well, he is no longer there in the department, but I recall a few times, yes.
Q. Did Edmund Bryan engage in the joking?
A. Who, Ed?
Q. Edmund Bryan?
A. He doesn't speak at all.
Q. When you say "he doesn't speak at all," what do you mean?
A. He is always to himself. He stays to himself. He don't participate with nobody. He just into himself, into his own world. I mean, I've tried to talk to the guy or get along with him but he just -- if it is

Page 51

M. Ruiz

not work-related, he just don't want to hear it.
Q. Is that a bad thing?
A. No, I'm not saying it is a bad thing, but you should get along with your staff, right?
Q. When you say don't get along, does he pick fights with people on the job?
A. Well, he's always with, you know, like an attitude. He will always have like an attitude.
Q. Can you be more specific?
A. He is always like moody.
Q. Could you be a little more specific?
A. I say sometimes he's like moody, like that he will like throw things around and, you know, he just don't talk to anybody.
Q. When you say he throws things around --
A. Yes, instruments -- I don't mean throw it around, but like make loud noises with them.
Q. He slams instruments down?

Page 52

M. Ruiz

A. Yes.
Q. And you witnessed this?
A. I witnessed one time we had an in-service on some videos and, you know, we work nights and people start getting drowsy a little after watching videos after working all night. He takes a basin, one of those mail basins and slams it real hard on the floor and people got upset because of that because it made them jump up to the ceiling almost and that wasn't funny at all. I was part of that, that jumped up in the air because he was behind me and he slammed right behind me real hard, and I jumped.
Q. And this was a basin?
A. Yes, a basin.
Q. A plastic basin?
A. No, a metal basin.
Q. Were any instruments, tools in this basin?
A. No.
Q. Is it possible the basin dropped?
A. No.
Q. How do you know that it didn't

Page 53

M. Ruiz

just drop?
MS. KALE: Objection.
A. Because the staff saw him throw the basin on the floor.
Q. Did you see him drop the basin on the floor?
A. No, I was behind him.
Q. You mean he was behind you?
A. He was behind me, yes.
Q. Any other times when he was throwing things around on the job?
A. That I recall, I mean, he didn't throw anything like he did with the basin, but he slams the trays on the tables at time. I don't know, the trays he is going to assemble, he slams them on the table.
Q. Would that affect the job that he's doing, if he was being rough with the instruments like that?
A. Yes, it could damage. There are delicate instruments on those trays, it could get damaged.
Q. Did you ever counsel him on that?
A. No.

Page 54

```
 1            M. Ruiz
 2       Q.   Did you ever speak to Rupert
 3   Gillette to counsel him on that?
 4       A.   No, I believe I mentioned it to
 5   him, but I don't know if he had any
 6   counseling.
 7       Q.   Did you speak to him that if you
 8   were so rough with these instruments, you may
 9   damage them?
10       A.   Yes.
11       Q.   You believe you spoke to Rupert
12   about that?
13       A.   Yes.
14       Q.   Do you know if Rupert spoke to
15   him about that?
16       A.   No, I don't recall.
17       Q.   And this slamming, is this
18   something that goes on every day, is this a
19   once-a-week kind of thing, a once-a-month kind
20   of thing?
21       A.   Maybe once a week or something
22   like that.
23       Q.   Anything else?  You said you
24   attempted to engage Mr. Bryan in conversation,
25   correct?
```

Page 55

```
 1            M. Ruiz
 2       A.   Yes.
 3       Q.   And you said he says all he wants
 4   to do is talk about work?
 5       A.   I didn't say he said that.  I am
 6   saying he is not a conversation person, you
 7   know, that like to speak.  He just stays to
 8   himself, like he is in his own world, don't
 9   want part of nobody.
10       Q.   Okay.
11       A.   There are times that the staff
12   thinks that he might lose, lose it and start
13   killing everybody in the department.  Did you
14   understand what I said?
15       Q.   Yes, I would like you to repeat
16   that.  I would like you to explain what you
17   just said.
18       A.   What?
19       Q.   I would like you to explain what
20   you just said.
21       A.   Well, the staff have concern
22   about themselves going to work every night and
23   wondering if this guy is going to snap and
24   start killing everybody in the department.
25       Q.   Are you worried about that?
```

Page 56

```
 1            M. Ruiz
 2       A.   Well, he look like the type of
 3   person, the way he acts, the way he reacts,
 4   you never know, crazy world.
 5       Q.   On the occasion when you would
 6   attempt to engage him in conversation, what
 7   kind of stuff would you bring up to him, what
 8   would you say?
 9       A.   Nothing, I would -- sometimes I
10   would go up to him and say hello and then he
11   just stays quiet, like greet him and he just
12   don't -- don't say nothing and I just move on,
13   move on.
14       Q.   Have you ever heard other people
15   on the job make comments on the job about
16   being worried that Edmund Bryan is going to go
17   crazy and kill everybody there?
18       A.   There's been comments said, yeah.
19       Q.   You've heard other people say
20   this?
21       A.   Yes, the rest, most of the staff,
22   yes.
23       Q.   Most of the staff.  Can we get a
24   list of names of the people that say this?
25       A.   That are worried about him?
```

Page 57

```
 1            M. Ruiz
 2       Q.   That are worried or that said
 3   this, sure.
 4       A.   Efrain --
 5            THE WITNESS:  Do I have to
 6       answer?
 7            MS. KALE:  Yes.
 8       A.   Efrain Perez, Isaac Dunko.  What
 9   is that guy's name, um, Edwin.  I forgot, I
10   don't know his last name.  I know it is Edwin.
11   Borel, Borel.  There are one or two other
12   more, but I don't recall their names right
13   now.
14       Q.   And did this conversation all
15   occur at one time or these are different
16   occasions, different statements by these
17   different people?
18       A.   I don't recall.  I don't recall.
19       Q.   You don't recall whether this all
20   occurred at one time or whether you heard it
21   from different people at different times?
22       A.   Yes.
23       Q.   Okay.  Was Rupert Gillette
24   present at any of these conversations?
25       A.   Of what kind of?
```

Page 58

```
 1           M. Ruiz
 2      Q.   Conversations about Mr. Bryan and
 3   whether or not he would kill everybody on the
 4   job?
 5      A.   Well, they approached him and
 6   told him about it, about the -- about them
 7   being worried.
 8      Q.   Okay.
 9      A.   They approached Rupert Gillette.
10      Q.   And when did this occur?
11      A.   When did this occur?  About two,
12   three weeks ago or maybe more.
13      Q.   Were you present when this
14   occurred?
15      A.   When what occurred?
16      Q.   When they approached, this "they"
17   that you are referring to when they approached
18   Rupert Gillette about their concerns about
19   Edmund Bryan.
20      A.   No, I wasn't there.
21      Q.   How do you know?
22      A.   Because I was told by Rupert
23   Gillette himself, and some of the staff has
24   spoken to me about it, too.
25      Q.   What did Rupert Gillette tell
```

Page 59

```
 1           M. Ruiz
 2   you?
 3      A.   Well, he's concerned too and that
 4   he's going to take further actions.
 5      Q.   He told you that he was concerned
 6   and he's going to take further actions?
 7      A.   Yes, he's going to report it.
 8      Q.   And when you say "report it,"
 9   what would it be that Mr. Gillette would be
10   reporting --
11           MS. KALE:  Objection.
12      Q.   -- if you know?
13      A.   That staff is concerned about
14   themselves.
15      Q.   Okay.
16      A.   That they are afraid to go to
17   work.
18      Q.   And not talking about anyone
19   else's reasons for having those feelings, do
20   you, yourself, hold those same feelings with
21   regards to thinking that Edmund Bryan will
22   come in to work one day and kill everybody, do
23   you have those feelings?
24      A.   Well, there are times -- well, he
25   hasn't done anything to me so I'm not judging
```

Page 60

```
 1           M. Ruiz
 2   the guy.  I can't -- I don't know what he's
 3   capable of doing, so I'm going to leave that
 4   question blank because I'm not sure what he
 5   would do.
 6      Q.   So you are going to say no, you
 7   don't have those feelings?
 8           MS. KALE:  Objection.
 9      A.   Like I said, I don't know what
10   he's capable of doing.
11      Q.   Okay.  Have you ever had any
12   falling-outs or disagreements with Edmund
13   Bryan?
14      A.   No.
15      Q.   Have you ever witnessed him
16   getting into any sort of verbal altercations
17   or arguments with other co-workers?
18      A.   No, I mean the only person that
19   he interfered with was Efrain, I believe.
20      Q.   Have you ever witnessed --
21      A.   Witnessed, no.
22      Q.   Because your knowledge about that
23   incident with Efrain was secondhand?
24      A.   Yes.
25      Q.   And that's what you heard from
```

Page 61

```
 1           M. Ruiz
 2   Efrain, correct?
 3      A.   Yes.
 4      Q.   You never spoke to Edmund about
 5   whether any of that was correct?
 6           MS. KALE:  Objection.
 7      A.   Correct.
 8      Q.   Correct, right?
 9      A.   Yes.
10      Q.   Are you familiar with any of the
11   circumstances related to why John Meggs is no
12   longer at Memorial Sloan-Kettering?
13      A.   No.
14      Q.   You don't know anything about why
15   John Meggs is no longer there?
16      A.   No.
17           MR. SCOTT:  Just give me one
18      second.
19           Off the record.
20           (Discussion off the record.)
21           MR. SCOTT:  We're just about
22      done.
23      Q.   Mr. Ruiz, do you recall being
24   interviewed by Sheila Donoghue in March of
25   last year related to a complaint that Edmund
```