# EXHIBIT J

**ORIGINAL EXHIBITS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
EDMUND BRYAN,

           Plaintiff,

   -against-             No. 07 Civ. 7300 (SHS

                              ECF Case

MEMORIAL SLOAN-KETTERING CANCER
CENTER,

           Defendant.
------------------------------x

          April 21, 2008
          10:08 A.M.


        DEFENDANT'S EXHBITS 1-8
        in the deposition of
        PLAINTIFF EDMUND BRYAN


CLASSIC REPORTING, INC. (212) 268-2590