# EXHIBIT 1



# MEMORIAL SLOAN-KETTERING CANCER CENTER

## PERFORMANCE APPRAISAL

2001

Employee Name: Edmund Bryan        Employee No.: 52340
Job Title: TECHNICIAN               Cost Center No.: 9204
Date of Previous Performance Appraisal: Nov. 2000


DEFENDANT'S EXHIBIT 1
CR  4-21-08

MKSCC 00223

PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT
TECHNICIAN

| | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|---|
| Responsibility I: Infection Control | | | (circled) | | |

Practices proper hygiene and safety precautions per department guidelines in decontamination area.

Comments:

Category Weight _____

| | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|---|
| Responsibility II: Decontamination | | | (circled) | | |

Follows department guidelines for proper decontamination of equipment and supplies.

Comments:

Category Weight _____

| | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|---|
| Responsibility III: Instrument Assembly and Packaging | | | (circled) | | |

Follows department guidelines and procedures for instrument inspection, assembly, and packaging.

Comments:

Category Weight _____

T2

MKSCC 00224

PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT TECHNICIAN

| | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|---|
| Responsibility IV: Sterilization | | | ✓ (circled) | | |

Selects appropriate sterilization mode, sterilizes items and verifies completion and exposure per department guidelines and procedures.

Comments:

Category Weight ____

| | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|---|
| Responsibility V: Storage | | | ✓ (circled) | | |

Follows department guidelines and procedures for proper cool down, storage, and rotation of supplies.

Comments:

Category Weight ____

| | Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|---|
| Responsibility VI: Distribution | | | ✓ (circled) | | |

Distributes items upon request to user areas using appropriate documentation.

Comments:

Category Weight ____

MKSCC 00225

MKSCC 00226

PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT
TECHNICIAN

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|
| | (circled) | | | |

**Responsibility VII: Care for Environment**

Maintains a clean, safe organized work area and contributes to the upkeep of the departmental work environment.

Comments: Does an EXCELLENT job on weekends, cleaning & maintaining sterilizers, work areas etc.

Category Weight ____

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|
| | | (circled) | | |

**Responsibility VIII: Communication**

Uses communication skills effectively with all Center personnel.

Comments:

Category Weight ____

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|
| | | (circled) | | |

**Responsibility IX: Teamwork**

Cooperates with all Center personnel.

Comments:

Category Weight ____

PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT
TECHNICIAN

| (Clearly Outstanding) | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |

**Responsibility X: Availability**

Adheres to all departmental policies and procedures with regard to attendance and punctuality.

Comments: *NEEDS TO TAKE VACATION!*

Category Weight ____

MKSCC 00227

MKSCC 00228

Summary Rating: 3<u>4</u>/0

| Clearly Outstanding | Exceeds Expectations | (Meets Expectations) | Below Expectations | Unacceptable |

**Identify the employee's strongest points:**

He is focussing on his role as a CPD Tech.

**Identify the employee's developmental needs:**

**Identify the major components of the Employee's Developmental Plan:**

T6

PERFORMANCE APPRAISAL WORKSHEET: TECHNICIAN

EMPLOYEE NAME: Edmund Bryan

| RESPONSIBILITIES | WEIGHT | x | RATING* | = | TOTAL |
|---|---|---|---|---|---|
| 1. Infection Control | 10 | | 3 | | 30 |
| 2. Decontamination | 10 | | 3 | | 30 |
| 3. Instrument Assembly and Packaging | 15 | | 3 | | 45 |
| 4. Sterilization | 15 | | 3 | | 45 |
| 5. Storage | 2.5 | | 3 | | 7.5 |
| 6. Distribution | 2.5 | | 3 | | 7.5 |
| 7. Care of the Environment | 10 | | 4 | | 40 |
| 8. Communication | 5 | | 3 | | 15 |
| 9. Teamwork | 15 | | 3 | | 45 |
| 10. Availability | 15 | | 5 | | 75 |

Total (Summary Rating**)    340

*RATING
Clearly Outstanding       5
Exceeds Expectations      4
Meets Expectations        3
Below Expectations        2
Unacceptable              0

**SUMMARY RATING RANGE
450 – 500
350 – 449
250 – 349
150 – 249
000

MKSCC 00229

MKSCC 00230

Summary Evaluation

Employee comments on the evaluation and the evaluation discussion:

Supervisor's comments on evaluation discussion:

Discussed with employee the need to communicate directly with manager work issues. Also the need for him to take vacation time as he is losing time. Failure to request vacation; it will be assigned administratively. Staff felt that he should have been rated as 'Exceeds' in teamwork category, it was explained to staff that it took teamwork for the dept. to function efficiently. Staff declined to sign evaluation.

Signature of Reviewer: _____  Date Signed: 11/6/01

Signature of Reviewer's Supervisor: _____  Date Signed: _____

Signature of Employee Reviewed: _____  Date Signed: _____

T-8