# EXHIBIT 2



523400H25
Bryan, Edmund H
DIV CH004: CC # 92040

MEMORIAL SLOAN-KETTERING CANCER CENTER

## PERFORMANCE APPRAISAL

Employee Name: EDMUND BRYAN   Employee No.: 52340

Job Title: TECHNICIAN   Cost Center No.: 9204

Date of Previous Performance Appraisal: 2001

DEFENDANT'S EXHIBIT
2
CR  4-21-08

MKSCC 00231

# PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT
## TECHNICIAN

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|
| | | (Meets Expectations) | | |

**Responsibility I: Infection Control**

Practices proper hygiene and safety precautions per department guidelines in decontamination area.

Comments:

Category Weight 12.5

---

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|
| | | (Meets Expectations) | | |

**Responsibility II: Decontamination**

Follows department guidelines for proper decontamination of equipment and supplies.

Comments:

Category Weight 12.5

---

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |
|---|---|---|---|---|
| | | (Meets Expectations) | | |

**Responsibility III: Instrument Assembly and Packaging**

Follows department guidelines and procedures for instrument inspection, assembly, and packaging.

Comments:

Category Weight 15

PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT
TECHNICIAN

Responsibility IV: Sterilization

Selects appropriate sterilization mode, sterilizes items and verifies completion and exposure per department guidelines and procedures.

Clearly Outstanding | Exceeds Expectations | (Meets Expectations) | Below Expectations | Unacceptable

Comments:

Category Weight 15

Responsibility V: Storage

Follows department guidelines and procedures for proper cool down, storage, and rotation of supplies.

Clearly Outstanding | Exceeds Expectations | (Meets Expectations) | Below Expectations | Unacceptable

Comments:

Category Weight 5

Responsibility VI: Distribution

Distributes items upon request to user areas using appropriate documentation.

Clearly Outstanding | Exceeds Expectations | (Meets Expectations) | Below Expectations | Unacceptable

Comments:

Category Weight 5

T-5

PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT
TECHNICIAN

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |

**Responsibility VII:** Care for Environment

Maintains a clean, safe organized work area and contributes to the upkeep of the departmental work environment.

Comments:

Category Weight: 10

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |

**Responsibility VIII:** Communication

Uses communication skills effectively with all Center personnel.

Comments:

Category Weight: 5

| Clearly Outstanding | Exceeds Expectations | (Meets Expectations) | Below Expectations | Unacceptable |

BY EDMOND NOT INTERACTING WITH OTHER STAFF MEMBERS, IT DOES NOT ALLOW FOR THE WORK TO BE DONE AS A TEAM.

**Responsibility IX:** Teamwork

Cooperates with all Center personnel.

Comments:

Category Weight: 10

MKSCC 00234

T-5

**PERFORMANCE APPRAISAL: CENTRAL PROCESSING DEPARTMENT TECHNICIAN**

| Clearly Outstanding | Exceeds Expectations | Meets Expectations | Below Expectations | Unacceptable |

Responsibility X: Availability

Adheres to all departmental policies and procedures with regard to attendance and punctuality.

Comments:

Category Weight

Summary Rating:

    Clearly Outstanding

    Exceeds Expectations

    (Meets Expectations)

    Below Expectations

    Unacceptable

Identify the employee's strongest points:

EDMUND IS ALWAYS ON TIME, AND HAS NOT CALLED IN SICK FOR THE EVALUATING YEAR.

Identify the employee's developmental needs:

EDMUND NEEDS TO WORK ON HIS INTERPERSONAL WORKING RELATIONSHIP WITH OTHER STAFF MEMBERS, AS IT AFFECTS THE WORK ENVIRONMENT FOR OTHER STAFF MEMBERS.

Summary Evaluation

Employee comments on the evaluation and the evaluation discussion:

Supervisor's comments on evaluation discussion:

EDMUND CONTINUES TO COME IN ON TIME AND DO HIS WORK ON TIME AND EFFICIENTLY.

Signature of Reviewer: [signature]    Date signed: 11/21/02

Signature of Reviewer's Supervisor: [signature]    Date signed: 11/22/02

Signature of Employee Reviewed:    Date signed:

EDMUND REFUSE TO SIGN (RW)
11-21-02

7-7

PERFORMANCE APPRAISAL WORKSHEET: TECHNICIAN

EMPLOYEE NAME: __EDMUND BRYAN__

| RESPONSIBILITIES | WEIGHT | X | RATING* | = | TOTAL |
|---|---|---|---|---|---|
| 1. Infection Control | 12.5 | | 3 | | 37½ |
| 2. Decontamination | 12.5 | | 3 | | 37½ |
| 3. Instrument Assembly and Packaging | 15 | | 3 | | 45 |
| 4. Sterilization | 15 | | 3 | | 45 |
| 5. Storage | 5 | | 3 | | 15 |
| 6. Distribution | 5 | | 3 | | 15 |
| 7. Care for the Environment | 10 | | 3 | | 30 |
| 8. Communication | 5 | | 3 | | 15 |
| 9. Teamwork | 10 | | 2 | | 20 |
| 10. Availability | 10 | | 5 | | 50 |

Total (Summary Rating**)   310

| *RATING | | **SUMMARY RATING RANGE |
|---|---|---|
| Clearly Outstanding | 5 | 450 - 500 |
| Exceeds Expectations | 4 | 350 - 449 |
| Meets Expectations | 3 | 250 - 349 |
| Below Expectations | 2 | 150 - 249 |
| Unacceptable | 1 | 100 - 149 |

MKSCC 00238