# EXHIBIT 3



```
Scanned_____
Indexed_____
Verified_____
```

# H25 PERFORMANCE APPRAISAL
# 2003

**ID #:** 523400

**NAME:** BRYAN , EDMUND H

**C.C.** 2307



DEFENDANT'S EXHIBIT 3
CR 4-21-08

MKSCC 00241



## MEMORIAL SLOAN-KETTERING CANCER CENTER
## POSITION PROFILE/PERFORMANCE APPRAISAL

This Position Profile/Performance Appraisal is a comprehensive tool designed to contain all information needed to:
- Define a job including responsibilities and requirements
- Define the level of performance required to meet the expectations for carrying out these responsibilities
- Define the level of performance required to exhibit the Center's Core Competencies
- Appraise an individual's performance against the defined requirements

This document replaces the job description, performance standards, and performance appraisal form.

Division (5 char): **CH**                                   Cost Center #: 23070
T/O # (s):    006, 7, 9, 14, 16, 18-26, 28-40   Salary Grade: S 21
Job Title:    Central Sterile Technician I/ II                Job #:
Dept. Name:   Central Processing Department              JCC#:
Prepared By:  John L. Meggs                                    Date: January, 2003
Administrative Approval: Eric Schore                           Date:
Human Resources: Esther Altman                                 Date:
Exempt: _____           Non-Exempt: X
Reports To:   Supervisor, Central Processing Department    23070/003
              *Title of Immediate Supervisor*              *Cost Center; T/O#*

**Main Function:**
To decontaminate, package and sterilize reusable hospital surgical instrumentation & equipment as per established hospital and departmental guidelines.

Employee: EDMUND BRYAN     ID: 52340   Review Date: 9-11-03

MKSCC 00242

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility 1: INFECTION CONTROL**
Practices proper safety guidelines per department guidelines in the decontamination area and complies with hospital and department Infection Control policies.

| Percent of Time: 20% | Level of Importance: Critical | Transferability/Permanence: NT |

**Performance Expectations:**
- Changes detergents/lubricants as needed for cart washers, tunnel washers and utensil washers.
- Changes large sink solution when large amounts of bioburden are visible or solution is cloudy.
- Tests all flexible scopes for leaks as per established guidelines.
- Prioritizes Clinic and Operating Room scopes and trays to ensure availability.
- Removes and cleans all drains of locking arrows, data cards, and other debris from tunnel washers, utensil washers, cart washers, ultrasonic washers, and sinks on a daily basis.
- Scans all case carts, scopes and instrument sets immediately upon removal from dumb waiter or receipt from GI Clinic, Head & Neck and SDH.
- Disassembles all surgical instruments (e.g., endoscopic, laparoscopic) when hand washing instruments and checks to make sure that no bioburden is present before passing through to the Prep & Pack area.
- Opens all surgical instruments on surgical sets to expose box locks and serrated edges before placing in tunnel washers.
- Changes gloves upon leaving decontamination area and when gloves are punctured, worn or dirty.
- Washes hands using antiseptic soap upon changing gloves.
- Removes all protective clothing and equipment and disposes appropriately within decontamination area before leaving; changes gloves if punctured, worn, or dirty.
- Checks dumb waiter for dirty case carts.
- Washes IV pumps, IVACs, commodes, soiled carts, mats and any other soiled non-disposable items on receipt.
- Places all baskets in designated area, arrange supplies on shelves and discard all soiled linen.

**Weight: 20%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact |

**Comments:**

**Development Activity (if applicable):**

\* See last page for complete description of rating scale.

Central Sterile Technician
Central Processing Department

Page 2

MKSCC 00243

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility 2: ASSEMBLY & PACKAGING**

Inspects and prepares instrumentation and equipment during assembly and packaging.

| Percent of Time: 20% | Level of Importance: Critical | Transferability/Permanence: NT |
|---|---|---|

**Performance Expectations:**
- Inspects instruments from washer-decontaminator for cleanliness (i.e. free of all visible soil and waste) and workability (e.g. physical damage, proper operation, all parts accounted for)
- Scans all scopes, instrument sets and other barcode items before and after assembling to the Abacus instrument tracking system.
- Takes appropriate action if instruments do not pass inspection (e.g. returns to decontamination, replaces item if available, places item in repair basket).
- Checks instruments for tips alignment, broken box locks, sharpness, bioburden, frayed cords, etc.
- Assembles sets of instruments according to user department specifications; always includes chemical indicator.
- Checks for completeness of instrument sets and records all items in set on appropriate count sheet.
  - Checks for department specified chemical indicator & sterilization tape.
  - Checks that appropriate locks are being used, orange for steam, green for ETO.
  - Checks that filters are secured & properly aligned.
  - Checks that correct count sheet is placed in container.
- Adds missing items when identified; notifies Supervisor if item is not available, notes missing item, initials and dates count sheet and places second count sheet in "missing item" box.
- Brings assembled set and count sheet to designated station for packaging.
- Uses appropriate instrument container by checking that the inner basket tag matches the outside container and making sure container is dry before wrapping or locking.
- Packages assembled sets appropriately (e.g. pull pouch, sterilization wrap, Aesculap/Genesis containers) assuring that all filters, chemical indicators, and arrows are in place.
- Labels assembled and packaged sets completely; includes sterilization load number, date of sterilization, sterilizer machine number, and date of expiration.
- Packages all "loosie" instruments per department guidelines.
- Checks ETO sterilizers and removes load as necessary; runs load as needed.
- Checks and assembles, as per Code Committee guidelines, all Emergency carts on a daily basis, including weekends.
- Cleans up work areas and empties all linen bags at the end of shift.
- Assists with the picking of 3rd, 4th, & 5th cases, if working a weekend shift.

| | | | | Weight: 20% |
|---|---|---|---|---|
| 1 | 2 | 3 ✓ | 4 | 5 |
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact |

Comments:

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 3

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility 3: STERILIZATION**
Selects appropriate sterilization mode, sterilizes items, and verifies established departmental AAMI Standards for sterilization.

| Percent of Time: 20% | Level of Importance: Critical | Transferability/Permanence: NT |
|---|---|---|

**Performance Expectations:**
- Scans all items being sterilized.
- Selects appropriate sterilization mode (e.g. high vacuum steam, gravity displacement steam, ethylene oxide) for each item; considers type of item.
- Selects appropriate sterilization time, temperature, drying time for each item; considers type of item.
- Uses a biological test during sterilization for all implants.
- Asks charge person what method to use when item is new or unfamiliar.
- Performs sterilization procedures completely per department guidelines.
- Verifies that sterilization log number corresponds with sterilizer and places on Supervisor's desk.
- Attaches "exposed" indicator strip to sterilization log.
- Observes all quarantine protocols and records results on sterilization log.
- Proofreads all sterilization printouts to ensure sterilization parameters were met & obtains second signature as required by departmental policies; notifies charge person/supervisor if parameters were not met.
- Changes paper roll as needed.
- Changes label settings as required on a day-to-day basis, checks to make sure that the month, date, sterilizer number, and load number correspond to the appropriate times.
- Ensures a proper cool-down period (at least 20 minutes) before placing items into sterile storage or transporting to the Operating Room Clean Core.
- Tests scopes for leaks, checks containers for cleanliness and repackages all flexible scopes in appropriate containers; matching serial number of scope and container.
- Ensures that the correct scope/s are returned to right location/s, eg: GI, OR, M14, Head & Neck, Suffolk/Commack, Radiation/Oncology and Anesthesia areas
- Scans all items to Sterile Storage when appropriate.
- Attaches ETO cap on all scopes during preparation for ETO sterilization.

Weight: 20%

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact |

Comments:

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 4

MKSCC 00245

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility: STORAGE**

Follows department guidelines and procedures for proper cool down, storage, and rotation of supplies.

| Percent of Time: 15% | Level of Importance: Critical | Transferability/Permanence: NT |
|---|---|---|

**Performance Expectations:**
- Inspects all sterilized packages thoroughly before storing; assures package is dry, package has no punctures or tears, and chemical indicator shows exposure; takes appropriate action if packages do not pass inspection (e.g. places in designated area for resterilization or disposal).
- Stores items in clean room designated pre-labeled space according to place of distribution and type of item; stores all like items together; never stores items on floor.
- Stores oldest items up front / on top.
- Stores peel pouch items in appropriate container; allows enough room between each package to assure packages do not get crushed; checks condition of packages weekly and removes any crushed packages.
- Replenishes all bins of soft goods in Sterile Storage area for next shift.
- Checks shelves daily for misplaced items; if misplaced, puts item in appropriate place.
- Places General Stores stocks on labeled shelves.
- Keeps work area neat, tidy, and dust free.

| 1 | 2 | 3 ✓ | 4 | 5 | Weight: 15% |
|---|---|---|---|---|---|
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact | |

Comments:

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 5

MKSCC 00246

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility 5: DISTRIBUTION**

Distributes items upon request to user areas completing appropriate documentation.

| Percent of Time: 15% | Level of Importance: Critical | Transferability/Permanence: NT |
|---|---|---|

**Performance Expectations:**
- Fills requests completely and accurately per user department specifications; includes all items requested in correct numbers.
- Scans all items to correct destination, Sterile Storage, OR Suites, Clean Core area & Case Carts using the Abacus system or appropriate logbooks.
- Rotates all sterilized items; (instrument sets, peel pouches), looks for any compromise in the packaging (e.g. tears, unsterile indicators, unsealed openings) before sending to main operating room/ SDH or any other area requesting sterilized items.
- Uses complete sets for distribution; informs Clean Core staff when a set is "incomplete."
- Checks all filled requests for accuracy (e.g. item and amount) against user department specification before request leaves distribution area.
- Distributes requests via appropriate means (e.g., via dumbwaiter to O.R., via Distribution to patient floor treatment rooms, in clinical cage for outpatient departments).
- Assembles supplies & delivers to distribution for Nursing Units and Clinics.
- Maintains "Case Complete" logbook, identifying O.R. Suite #, Case Cart #, Surgeon's name, date & surgical procedure/s count sheet #/s and assures information is consistent with O.R. schedule.

**Weight: 15%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact |

**Comments:**
MR BRYAN DOES COMPLETE HIS JOB WITH ACCURACY.

**Development Activity (if applicable):**

Central Sterile Technician
Central Processing Department

Page 6

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility 4: Inventory Management** 

Manages inventory appropriately.

| Percent of Time: 10% | Level of Importance: Major | Transferability/Permanence: NT |

**Performance Expectations:**
- Informs Supervisor/ Lead Technician when inventories are being depleted and in need of replacements before the last item/s are used.
- Minimizes waste of disposable items, such as work gloves, gowns, boots, etc.
- Adheres to manufacturers specifications when diluting cleaning solutions.

**Weight: 10%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact |

Comments:

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 7

MKSCC 00248

## CORE COMPETENCIES/KEY BEHAVIORS

**II. Service:** Treats those individuals (e.g., patient, family, client, Center employee) who depend on the quality, accuracy, and timeliness of the work as unique individuals in a respectful, courteous manner, and focuses on understanding and meeting their needs.

**Key Behaviors:**
- Addresses individuals by name and utilizes relevant information in every interaction to create strong relationships.
- Demonstrates positive regard for individuals by maintaining an approachable demeanor (e.g., smiles appropriately, offers help to those who seem lost, willing to answer questions).
- Delivers services to the right place at the right time.
- Places the needs and convenience of service recipients before own.
- Anticipates service recipient's needs and attempts to fulfill them.
- Considers the impact on others when carrying out tasks and acts accordingly.
- Demonstrates flexibility in order to satisfy the service recipient.
- Keeps promises and commitments to service recipients.
- Researches/finds answers to questions that cannot be answered immediately and gets back to individual(s) with answer.
- Uses knowledge of services to ascertain what is possible to deliver to others and only promises what is possible to deliver.
- Continuously seeks to improve service processes, standards, and objectives.

**Weight: 15%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments:
MR BRYAN CAN USE A MORE APPROACHABLE DEMEANOR.

Development Activity (if applicable):

\* See last page for complete description of rating scale.

Central Sterile Technician
Central Processing Department

Page 8

MKSCC 00249

## CORE COMPETENCIES/KEY BEHAVIORS

**2. Teamwork:** Works collaboratively with others to accomplish departmental and organizational goals.

**Performance Expectations:**
- Cooperates with all department staff in working towards departmental goals and objectives.
- Steps forward and helps co-workers when something must get done.
- Respects diversity/cultural differences.
- Changes focus and direction to meet the workload priorities of the department.
- Rebounds from conflicts with others and maintains a productive working relationship.
- Carries full weight when working with others to ensure a shared effort in the outcome.
- Attends all scheduled and impromptu departmental meetings promptly, and actively participates to accomplish team goals; provides reason for non-attendance and follows up to learn what transpired during meeting.
- Cooperates with coworkers and staff in other departments in sharing accurate information.
- Demonstrates flexibility to function as part of a team by complying with changes in routine without continuous supervision, adjusting to peak workload and completing priority assignments promptly.
- Follows through on recommendations for improved job performance; accepts and incorporates feedback on performance.
- Provides notifications for absences and vacation requests according to established guidelines.

**Weight: 20%**

| 1 | 2 ✓ | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

**Comments:** MR. BRYAN HAS IMPROVED HIS COOPERATION WITH OTHER STAFF.

**Development Activity (if applicable):**

Central Sterile Technician
Central Processing Department

Page 9

MKSCC 00250

## CORE COMPETENCIES/KEY BEHAVIORS

**3. Communication:** Gives and receives information with professionalism and respect in order to promote a shared understanding.

Performance Expectations:
- Provides information in a clear, concise, organized manner; ensures the main points of the communication are emphasized; presents one idea at a time.
- Provides a level of detail that is appropriate to the listener(s) and the circumstance(s).
- Solicits feedback from others to ensure their understanding of communications.
- Uses active questioning techniques (e.g., open-ended, close-ended, probing) to obtain additional needed information to ensure complete understanding of situation before providing information and/or choosing a course of action; uses questions that prevent the receipt of biased information.
- Listens objectively; avoids making assumptions; avoids letting past experiences with an individual interfere in the listening process.
- Demonstrates courtesy and respect for others at all times (e.g., allows others to finish speaking before beginning to speak, keeps an even tone of voice, requests assistance from others).
- Uses nonverbal behavior to match and support verbal message (e.g., makes eye contact, maintains even rate of speech and inflection).
- Requests clarification from speaker if verbal and nonverbal communications do not match.
- Maintains a calm, professional manner; keeps composure under stressful conditions by considering context in which events occur and statements made.
- Answers all telephone calls on the second or third ring, identifying you, organization, and department.
- Communicates a professional image through the use of appropriate nonverbal behavior and proper attire (e.g., follows dress code); displays MSKCC ID badge at all times.
- Always respects confidentiality by giving information to those individuals who are authorized and have a need to know.
- Notifies Supervisor/Lead Technician when leaving the work area for any extended period of time.

Weight: 15%

| 1 | 2 ✓ | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments:

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 10

MKSCC 00251

## CORE COMPETENCIES/KEY BEHAVIORS

**5. Initiative** - Originates and follows through with a plan of action or task appropriate to meeting the needs of the situation. (e.g., parent, team, organization, problem).

**Key Behaviors:**
- Demonstrates a willingness to try new assignments. Adapts to changing environment (e.g., new time schedules or changes in job responsibilities).
- Identifies what needs to be done to complete a job and does it.
- Uses time that becomes available to make progress on or complete pending tasks.
- Works to resolve routine problems independently.
- Works steadily at unpleasant or routine tasks until they are completed.
- Completes assignments without being prompted or reminded.
- Is open to new ideas from various sources and looks for/suggests ways to implement them.
- Takes advantage of opportunities to apply new skills.
- Keeps current on new developments in our area of expertise.
- Seeks appropriate knowledge of concepts, principles, and practices required of the job.

Weight: 15%

| 1 | 2 ✓ | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments:

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 13

MKSCC 00252

## CORE COMPETENCIES/KEY BEHAVIORS

**4. Judgment:** Responds to issues with a systematic problem-solving approach. (i.e. gathering information and weighing strengths of various solutions) to anticipate, accurately assess, and resolve issues and problems.

**Key Behaviors:**
- Asks questions or verifies information when not sure; does not make assumptions if unsure or unclear.
- Directs efforts to what most needs attention by considering what's important and to whom, and number of people affected.
- Seeks additional help to solve problems or complete tasks as necessary (e.g., due to lack of job knowledge, unavailability of best resource, unsure of or unclear about appropriate next step).
- Follows established department guidelines and Center protocols in urgent situations and follows-up by notifying supervisor when necessary.
- Applies existing rules and procedures to guide actions and decisions.

**Weight: 15%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments: MR BRYAN DOES ASK QUESTIONS TO VERIFY INFORMATION WHEN NEEDED.

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 11

MKSCC 00253