# EXHIBIT 5 –

# Part 2

## CORE COMPETENCIES/KEY BEHAVIORS

**6. Effectiveness:** Accomplishes desired results in a manner that maximizes the use of time and resources.

**Key Behaviors:**
- Checks accuracy of information and own work.
- Maintains an organized environment (e.g., workplace) so that information/objects are easily accessible to self and others.
- Uses time available for most important tasks.
- Meets established productivity standards for the job.
- Follows all established Center and departmental guidelines, policies and procedures (e.g., infection control, patient safety, waste disposal, personal safety, fire/radiation safety, equipment use).
- Limits the number of personal phone calls made and received on a daily basis to essential ones.

**Weight: 10%**

| 1 <br> Significantly fails to demonstrate behaviors | 2 <br> Inconsistently demonstrates behaviors | 3 <br> Consistently demonstrates behaviors | 4 <br> Consistently exceeds required behaviors | 5 <br> Performance results in substantial impact |
|---|---|---|---|---|
| | ✓ | | | |

**Comments:**

HR BRYAN NEED TO BE MORE PRODUCTIVE

**Development Activity (if applicable):**

Central Sterile Technician
Central Processing Department

Page 13

MKSCC 00318

## CORE COMPETENCIES/KEY BEHAVIORS

Safety: Contributes to a safe, clean, and operational environment

**Key Behaviors:**

➤ Alerts supervisor when conditions (e.g., systems, supplies, equipment) that have the potential to have a negative impact on patient safety are identified.

➤ Operates and maintains CPD equipment according to departmental guidelines; notifies designated staff of equipment malfunctions requiring more than routine adjustment.

➤ Disposes of trash, infectious waster and O.R. and/or clinical waste into proper receptacles per Center and departmental policies and guidelines.

➤ Addresses potential hazards immediately; informs supervisor/ lead technician immediately of accidents/injuries to patients, visitors, or self.

➤ Maintains a clean, safe organized work area and contributes to the upkeep of the departmental work environment.

➤ Wears appropriate personal protective attire (goggles, gloves, waterproof gown, boots).

| | | | | Weight: 5% |
|---|---|---|---|---|
| **1**<br>Significantly fails to demonstrate behaviors | **2**<br>Inconsistently demonstrates behaviors | **3**<br>Consistently demonstrates behaviors ✓ | **4**<br>Consistently exceeds required behaviors | **5**<br>Performance results in substantial impact |

Comments:

MR BRYAN MEETS REQUIREMENTS

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 14

MKSCC 00319

**2. Professional Development** - Makes a continuous effort to improve job performance and to develop work-related skills and expertise.

**Key Behaviors:**
- ➤ Maintains current professional licensure and required memberships/certifications.
- ➤ Attends required in-service training.
- ➤ Makes use of Center's development resources, as appropriate.
- ➤ Identifies activities to aid in goal achievement.
- ➤ Keeps current on new developments in area of expertise.
- ➤ Seeks appropriate knowledge of concepts, principles, and practices required of the job.
- ➤ Keeps current on new developments in our area of expertise.
- ➤ Seeks appropriate knowledge of concepts, principles, and practices required of the job.

Weight: 5%

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments:

MR BRYAN DOES MANTAIN AND IS CERTIFIED

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 15

MKSCC  00320

## ATTENDANCE

An employee's appraisal rating will be based on the number of occasions and number of days absent (attendance record) as defined below.

| APPRAISAL RATING | Number of Occasions | Number of Days |
|---|---|---|
| 5 | 0 | 0 days |
| | 1 | 1 or 2 days |
| 4 | 1 | 3 days |
| | 2 | Total of 2 or 3 days |
| 3 | 1 | 4 to 6 days |
| | 2 | Total of 4 to 6 days |
| | 3 | Total of 3 to 6 days |
| | 4 | Total of 4 to 6 days |
| 2 | 1 | 7 or 8 days |
| | 2 | Total of 7 to 8 days |
| | 3 | Total of 7 to 8 days |
| | 4 | Total of 7 to 8 days |
| | 5 | Total of 5 to 8 days |
| | 6 | Total of 6 to 8 days |
| 1 | 1 | 9 or more days |
| | 2 | Total of 9 or more days |
| | 3 | Total of 9 or more days |
| | 4 | Total of 9 or more days |
| | 5 | Total of 9 or more days |
| | 6 | Total of 9 or more days |
| | 7 or more | Total of 7 or more days |

Comments:

MR BRYAN HAS EXCELLENT ATTENDANCE

Rating: 5

Central Sterile Technician
Central Processing Department

Page 16

MKSCC 00321

## AGE SPECIFIC COMPETENCIES

1. **Patient Care/Contact:** Job interacts with patients in providing care or in a support role in accordance with departmental policies and standards taking into consideration patients' age as noted below:

   All ages ___    Pediatric ___    Adolescent ___    Adult ___    Geriatric ___    **X** N/A

2. **Age Specific Competencies:** Indicate competencies (knowledge, skills and abilities) needed to recognize and respond appropriately to patients' physical, mental, developmental, and psycho-social needs based on patients' age:

| Competency | Assessment of Competency |
|---|---|
| ___ Applies age specific knowledge and skills to assess and provide patient care and treatment<br>• | |
| ___ Assesses and interprets age specific data<br>• | |
| ___ Performs treatments appropriate to patients' age<br>• | |
| ___ Demonstrates age appropriate communication skills<br>• | |
| ___ Involves family/significant other in plan of care<br>• | |
| ___ Possesses knowledge of age specific community resources<br>• | |

Central Sterile Technician
Central Processing Department

Page 17

MKSCC  00322

## GENERAL POSITION INFORMATION

### MINIMUM EDUCATION REQUIREMENT (Indicate the minimum requirement)

_____ Ability to read, write and understand basic instructions
__X__ High school or G.E.D.
_____ High school plus 1-2 years of technical education.
Type of technical education: _____

_____ Associate degree.           Major: _____

_____ Bachelors' degree.          Major: _____

_____ Bachelors' degree plus up to 1 year of post-degree work (internship).
Type of post-degree work/internship: _____

_____ Masters degree.             Major: _____

_____ Doctoral or law degree      Major: _____

_____ Other: _____       Major: _____

The above level of education is needed to obtain the following critical knowledge/skills:
_____
_____
_____
_____

### MINIMUM JOB-RELATED EXPERIENCE (Indicate the minimum requirement)

| _____ None | _____ Less than 1 year | __X__ 1 year | _____ 2 years | _____ 3 years |
| _____ 4 years | _____ 5 years | _____ 6-8 years | _____ 9-10 years | _____ 10+ years |

### LICENSES/REGISTRATIONS/CERTIFICATIONS

| | Type | Required | Preferred |
|---|---|---|---|
| Licensure: | _____ | ___ | ___ |
| Registration: | _____ | ___ | __X__ |
| Certification: | CPD Certification (for Tech I) | ___ | __X__ |
| | CPD Certification (for Tech II) | __X__ | ___ |

### SPECIAL SKILLS AND KNOWLEDGE

Special technical, clinical, professional, or computer skills or knowledge not covered under _Education_ or _Experience_:

| | Skill/Knowledge | Basic | Intermediate | Senior | Expert |
|---|---|---|---|---|---|
| | | | Depth of Skill/Knowledge | | |
| 1 | ABACUS | X | ___ | ___ | ___ |
| 2 | OPTIME | X | ___ | ___ | ___ |

Central Sterile Technician
Central Processing Department

Page 18

MKSCC 00323

## GENERAL POSITION INFORMATION

### STAFF SUPERVISION

1. Does this job directly supervise other positions: _____ Yes   X   No (If no, continue to next section)

2. If Yes, # of Direct Reports: _____

**Your Direct Subordinates**

| Job Title | Number of Employees |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

3. Nature of Supervision:
   _____ Assign work and follow-up            _____ Train
   _____ Develop job responsibilities/content  _____ Select job candidates
   _____ Conduct performance appraisal         _____ Discipline when appropriate
   _____ Make recommendations on hiring and firing  _____ Determine work priorities

4. Number of Indirect Reports (Employees that report into your "Direct" Subordinates in #2 above.): _____

### CONTACTS

**INTERNAL CONTACTS WITHIN MSKCC:**
This job interacts with the following groups of MSKCC staff on a regular and recurring basis:

| Types of Contacts* | Information Sharing | Advising/ Explaining | Persuading |
|---|---|---|---|
| _____ Senior Executives / V.P.'s | ____ | ____ | ____ |
| _____ Associate Hospital Administrators / Directors | ____ | ____ | ____ |
| _____ Service Chiefs / Dept. Chairs | ____ | ____ | ____ |
| _____ Program Directors (SKI) | ____ | ____ | ____ |
| X   Administrators, Managers | X | ____ | ____ |
| _____ Attending Staff / Principal Investigators | ____ | ____ | ____ |
| X   Peers outside Division | X | ____ | ____ |
| _____ None of the above | ____ | ____ | ____ |

*(do not include your boss or subordinates)

**EXTERNAL CONTACTS:**
This job interacts with the following external parties on a regular and recurring basis.

| Types of Contacts | Information Sharing | Advising/ Explaining | Persuading | Negotiating |
|---|---|---|---|---|
| Patients and their Families | ____ | ____ | ____ | ____ |
| Community Organization | ____ | ____ | ____ | ____ |
| Media | ____ | ____ | ____ | ____ |
| Licensing / Regulatory agencies | ____ | ____ | ____ | ____ |
| Research Sponsors | ____ | ____ | ____ | ____ |
| Corporate / Individual Donors | ____ | ____ | ____ | ____ |
| Insurance Carriers / Vendors | X | ____ | ____ | ____ |
| None of the above | ____ | ____ | ____ | ____ |

Central Sterile Technician
Central Processing Department

Page 19

MKSCC  00324

## GENERAL POSITION INFORMATION

**PHYSICAL DEMANDS** *(Types and frequency of physical effort)*

- Some heavy lifting
- Some heavy pulling & pushing
- Standing for long periods of time
- Working with hazardous chemicals
- Working in area with high temperatures
- Visual concentration

**WORKING CONDITIONS** *(Summarize, include disagreeable conditions or potential hazards)*

Normal working conditions

| X | Other: | Working in some areas of high humidity, wearing PPE. Possible exposure to hazardous chemicals. |

Central Sterile Technician
Central Processing Department

MKSCC 00325

# SUMMARY RATING WORKSHEET

**Employee:** Edmund Bryan # 52340
**Job Title:** Central Sterile Technician I/II
**Dept. Name:** Central Sterile Processing

To enter information into the Excel spreadsheet below, double click anywhere on the worksheet. Data can be entered into the columns titled Job Responsibilities, Weight, and Rating. The Score and remaining calculations will be performed automatically. To return to the main document, click anywhere outside the Excel spreadsheet.

| Job Responsibilities (55%) | Weight | | Rating | | Score |
|---|---|---|---|---|---|
| 1. Infection Control | 20% | x | 3 | = | 0.60 |
| 2. Assembly & Packaging | 20% | x | 3 | = | 0.60 |
| 3. Sterilization | 20% | x | 3 | = | 0.60 |
| 4. Storage | 15% | x | 3 | = | 0.45 |
| 5. Distribution | 15% | x | 3 | = | 0.45 |
| 6. Inventory Management | 10% | x | 3 | = | 0.30 |
| | 100% | | | | |
| | | | *Total for Responsibilities* | = | **3.00** |

| Core Competencies (35%) | Weight | | Rating | | Score |
|---|---|---|---|---|---|
| 1. Customer Service | 15% | x | 1 | = | 0.15 |
| 2. Teamwork | 20% | x | 1 | = | 0.20 |
| 3. Communication | 15% | x | 2 | = | 0.30 |
| 4. Judgement | 15% | x | 2 | = | 0.30 |
| 5. Initiative | 15% | x | 1 | = | 0.15 |
| 6. Effectiveness | 10% | x | 2 | = | 0.20 |
| 7. Safety | 5% | | 3 | | 0.15 |
| 8. Professional Development | 5% | x | 4 | = | 0.20 |
| | 100% | | | | |
| | | | *Total for Competencies* | = | **1.65** |

| Attendance (10%) | Weight | | Rating | | Score |
|---|---|---|---|---|---|
| | 100% | x | 5 | = | 5.00 |
| | | | *Total for Attendance* | = | **5.00** |

| Summary Rating | Total | | Weight | | Score |
|---|---|---|---|---|---|
| *Total for Job Responsibilities* | 3.00 | x | 55% | = | 1.65 |
| *Total for Core Competencies* | 1.65 | x | 35% | = | 0.58 |
| *Attendance* | 5.00 | x | 10% | = | 0.50 |
| ***Final Summary Rating*** | | | | = | **2.73** |

Central Sterile Technician
Central Processing Department

Page 21

MKSCC 00326

## PERFORMANCE APPRAISAL SUMMARY

**Final Summary Ratings:**

**4.50 - 5.00** = Employee demonstrates truly outstanding performance and has made a significant contribution through his/her efforts.

**3.50 - 4.49** = Employee consistently exceeds the high expectations of the Center and sets an excellent example for other employees.

**2.50 - 3.49** = Employee consistently meets the high expectations of the Center and is a valued employee.

**1.50 - 2.49** = Employee does not consistently meet the expectations for the position. A work improvement plan is required with specific goals and timeframes for improved performance.

**1.00 - 1.49** = Employee fails to meet the expectations for the position. This employee should be on Final Written Warning for one or more aspects of his/her performance.

**Identify the employee's strongest points:**

MR BRYAN HAS EXCELLENT ON TIME AND EXCELLENT ATTENDANCE ( NEVER CALLS IN )

**Identify the employee's developmental needs:**

MR BRYAN DOES NOT SHOW ANY INTEREST OR INITIATIVE, AND IS NOT AS PRODUCTIVE AS IS EXPECTED.

Central Sterile Technician
Central Processing Department

Page 22

MKSCC 00327

## DEVELOPMENT PLAN

This development plan should focus on the employee's development in his or her current position. The manager and the employee should jointly establish development objectives for the year. Development objectives should target both strengths and needs based on this performance appraisal. Review the comments in the *Development Activity* box following each responsibility and set objectives that are aligned with personal, group, departmental, and organizational goals.

Effective development objectives should be both challenging and achievable; they should be observable and measurable, with specific time frames. Development activities may include on-the-job learning experiences, cross-functional assignments, involvement in special projects, job rotation, meeting with professionals in other functions or in other organizations, learning from other's feedback (e.g., peer, colleague, friend, subordinate, boss, coach, mentor), self-study (e.g., books, articles), and training (classroom and computer-based courses).

### DEVELOPMENT PLAN FOR JOB RESPONSIBILITIES

| Development Objective | Activity | Responsibility/ Involvement of Others | Target Dates | Results |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Central Sterile Technician
Central Processing Department

Page 23

MKSCC 00328



DEVELOPMENT PLAN FOR COMPETENCIES

| Development Objective | Activity | Responsibility/ Involvement of Others | Target Dates | Results |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Page 24

Central Sterile Technician
Central Processing Department

MKSCC 00329

## SIGNATURES

**Employee's comments on the evaluation and the evaluation discussion:**

**Supervisor's comments on the evaluation discussion:**

MR BRYAN REFUSED TO SIGN AND
HAD NO COMMENT, (R as

_____    10-17-05
Signature of Reviewer      Date Signed

_____    10/20/05
Signature of Reviewer's Supervisor 1/29/06 acl   Date Signed

_____    _____
Signature of Employee      Date Signed

**Expectations for the next appraisal period were reviewed and discussed.  A copy of performance expectations and key behaviors was distributed to employee.**

_____    10 17 05
Signature of Reviewer      Date Signed

_____    _____
Signature of Employee      Date Signed

Central Sterile Technician                    Page 25
Central Processing Department

MKSCC 00330

## RATING PERFORMANCE

**Rating Scale Descriptions:** Please use the following rating scales to evaluate the performance of the employee on Job Responsibilities and Core Competencies. Read the performance expectations for each responsibility and key behaviors for each competency carefully in order to be as precise in your rating as possible. A rating of "3" indicates the employee is meeting the high expectations set by the Center and is valued by the organization.

---

**Job Responsibility Rating Scale:**

5 =    THIS RATING SHOULD BE RESERVED to indicate a level of performance for this responsibility that is truly unusual in relation to the stated requirements and has substantial impact.

4 =    Indicates performance that significantly and consistently exceeds the stated requirements for this responsibility (e.g., can function more independently than expected, is sought out as a resource by other staff, can handle unusual situations, develops new approaches or methods, does more than routine workload, takes on more work for own development).

3 =    **Indicates performance that consistently meets the stated requirements for this responsibility with the expected amount of supervision, within the established time frames, under routine circumstances.**

2 =    Indicates performance that inconsistently meets the stated requirements for this responsibility. Improvement in performance is needed and should be monitored as part of the Progressive Discipline Process.

1 =    THIS RATING SHOULD BE RESERVED to indicate a level of performance that significantly fails to meet the stated requirements for this responsibility. The employee should be in one of the warning stages of the Progressive Discipline Process.

---

**Competencies Rating Scale:**

5 =    THIS RATING SHOULD BE RESERVED to indicate a level of performance for this competency that is truly unusual and demonstrates a new standard for behaviors associated with this competency, and has substantial impact.

4 =    Indicates performance that significantly and consistently exceeds the stated behaviors associated with this competency.

3 =    **Indicates performance that consistently demonstrates the stated behaviors associated with this competency.**

2 =    Indicates performance that inconsistently demonstrates the behaviors associated with this competency. Improvement in performance is needed and should be monitored as part of the Progressive Discipline Process.

1 =    THIS RATING SHOULD BE RESERVED to indicate a level of performance that significantly fails to demonstrate the stated behaviors associated with this competency. The employee should be in one of the warning stages of the Progressive Discipline Process.

---

Central Sterile Technician
Central Processing Department

MKSCC 00331