# EXHIBIT 7

Prepared by: Rupert Gillette / Supervisor
Date: August 1, 2007
STAFF NAME:    Edmund Bryan CRCST

DEFENDANT'S
EXHIBIT
7
CR  4-21-08

MKSCC 00437

QUARTERLY REVIEW 2007
MARCH - JULY
MSKCC CENTRAL PROCESSING DEPARTMENT

| JOB RESPONSIBILITIES: | CORE COMPETENCIES: |
|---|---|
| **1. INFECTION CONTROL** | **1. SERVICE** |
| COMMENTS | COMMENTS: |
| Mr Bryan does follow procedure for infection control. | Mr Bryan service in all other areas is good except tray assembly he needs to work faster and make up more trays. |
| Score - 3 | Score - 3 |
| **2. ASSEMBLY & PACKAGING** | **2. TEAMWORK** |
| COMMENTS | COMMENTS |
| Mr Bryan work with tray assembly is too slow resulting in him not making up enough trays. The amount he makes up is not acceptable. | Mr Bryan work as a team in other areas except tray assembly. If we are busy he makes no effort to speed up his trays assembly work. |
| Score - 3 | Score - 3 |
| **3. STERILIZATION** | **3. COMMUNICATION** |
| COMMENTS | COMMENTS |
| Mr Bryan work is good in the steam area of the department. | Mr Bryan will only communicate to my self and staff if it pertains to job. |
| Score - 3 | Score - 3 |
| **4. STORAGE** | **4. JUDGMENT** |
| COMMENTS | COMMENTS |
| Mr Bryan is good in the area of storage. | My Bryan generally shows good judgment in all areas except tray assembly, |

| | |
|---|---|
| **5. DISTRIBUTION** <br> COMMENTS <br> Mr Bryan is good in the distribution area. <br><br> Score - 3 | his judgment is poor by him not assembling an acceptable amount of trays for his years of experience. <br> Score - 2 |
| **6. INVENTORY MANAGEMENT** <br> COMMENTS <br> Mr Bryan is good in this area. <br><br> Score - 3 | **5. INITIATIVE** <br> COMMENTS <br> Mr Bryan does no show any initiative to help outside of any area he is assigned to work. <br><br> Score - 3 |
| **7. TRAINING & OPERATIONS** <br> COMMENTS <br> Mr Bryan is fully trained and have many years of experience. <br><br> Score - 3 | **6. EFFECTIVENESS** <br> COMMENTS <br> Mr Bryan is not as effective as he can be if he showed more initiative outside his assigned work and also assembly more trays. <br><br> Score - 3 |
| *ATTENDANCE:* <br> COMMENTS <br> Mr Bryan attendance is very good. <br><br> Score - 5 | **7. SAFETY** <br> COMMENTS <br> Mr Bryan does follow the safety rules of the department. <br><br> Score - 3 |
| | **8. PROFESSIONAL DEVELOPMENT** <br> COMMENTS <br> Mr Bryan is Certified. <br><br> Score - 3 |

MKSCC 00439

To: EDMUND BRYAN
Date: 2-20-07

RE: COPY OF POSITION PROFILE/ PERFORMANCE APPRAISAL

This memo is to acknowledge receipt of a copy of my Position Profile/ Performance Appraisal. I have read and understood what is required of me to perform all tasks as outlined for a CPD Tech 1/11.

Staff signature.

_____

Supervisor's signature: _[signature]_

EDMUND BRYAN REFUSED TO ACCEPT THE COPY OF THE PERFORMANCE APPRAISAL 2-20-07 WITNESSED BY M. Ruiz

MKSCC 00440