# EXHIBIT 8

**MICHAEL MURPHY M.D.**
**80 UNIVERSITY PLACE # 3E**
**NEW YORK, NY 10003**
**(212) 777-0370**

1

5/14/07        Bryan Edmund            DOB  **REDACTED**

42 y/o single, Black Muslim, male, Certified Surg. Instrument Technician, living with mother & presenting "on edge" for at least 1 yr.

Referred by J Kanyo — whom seen x 2

HPI   States no people contact until meeting J Kanyo PhD in recent weeks & instigation of attorney.

Pt distressed following court not supporting his claims of harassment in workplace for last 5 yrs.

Has been referred to as "dumb Jamaican", "nigger". Denied promotion x 5 in last 4 yrs. Has been physically threatened. Work passed onto him & claims Mgr takes underage workers out to drink during night shift. Also that Mgr sexually harassed g.

Pt states cries easily incl g while riding 3 hrs on subway after learning of decision.
Unsettled sleep.
Variable appetite but no net change.

For last 5 yrs has lost interest in piano +

Other anhedonia:
Became Muslim 9 yrs ago not strictly adherent but believes in "peace" unlike 9/11 hijackers who were "criminals".

DEFENDANT'S EXHIBIT 8  CRomeo 4-21-08

MSKCC 00721

Some belief that others who bump him on Street/Subway sent by MSK

Psych Hx    As above

Medical Hx — no signif interest

Fam Hx    ♂ 2B †70
         C2 → M    †70

M depressed — "gravely"
Came to NY from Jamaica when 10 y.o. F stayed behind

Parents    Born Jamaica to NY 10 y.o.

Educ'n

Work    MSK 18 y·s

MSKCC 00722

3

● Reasons not at pres[en]t — Will follow Muslim approach where parents meet — sex not impt

   Relshps before Muslim

SOC Hx

MENTAL STATUS  Large, black ♂, wearing skull-cap + looking
stated age.  Pleasant + cooperative   Intelligent
Continuous circumstantial speech   Distractible
Concentration mildly impaired   Thinking concerns activities
at work place — paranoia — no clear cut delusion
Affect constricted — though could smile   No suicidal ideation
Ideation   Insight mod impaired   Judg't mildly impaired

Diff Dx   BAD II hypomanic
          BAD II mixed
          Schizoaffective D/O

Plan:  Ind. of mayo —
       Trial lorazepam 10–20 HS (10 × 6 'gid')
       RT 5/21

4

5/15/07  Spoke with J Mango

5/21/07  40 min late ∴ train.
Sand 1mg Lox helps him sleep + ↓ anxiety. Sedation if taken too early. Takes 10mg 7pm + to bed 9pm.
Brought court papers where he charged supervisors + coworkers with harassment + other behaviours discriminatory in nature.
No longer crying since meeting with me + JM + taking Lox. Paranoia persists.
Affect happy  Speech circumstantial

Plan:  ↑ Lox very gd.
       Mixed ?
       RTC 5/29

5/21/07  Spoke with JM.  Has he have cellphone.

5/29  Calmer + better able to deal with "Things around" him at work.
Not crying - sleeping well.
Hypersomnolent on Lox 2mg gd. Drowsy in chair

Plan: ↓ Lox 10mg OD
      Has cellphone To see JM 6/4
      Will call for appt/prn

MSKCC 00724

8/27/07  Pt called for appt. Infrequent visits to me + JM (q. 3 wks)
∴ $ for legal fees.
Relieved - civil case accepted for jury trial for
harass't by [illeg] in mid July.
States now he offered interviews @ MSK + Mgr
"nice" to him. Both Mgr + Supervisor (write up for
ax harass't + diversity-related activities) black. Call him "nigger".
Also met his ex-gf J / markedly anxious / depressed LOX 10mg
X 3 last week.              → XS sedation.  Keeps sleeps -
- requests med to → "lift"  (Takes LOX when anxious)
  Discussed his living with M.      Some sadness worth
  Muslim brothers -
  Affect calmer              Speech continuous. Paranoia is well
  orientation
  Imp:  Adj D/O        v. B. affectiveness D/O
  Mm:   D/C [illeg]          Trial GABA-P 300 → 1200 mg qd (bag x12c
       To see MD: eruptions on neck + leg + white lesions
  + discolor'n on [D] ankle
           Will call for appt.

1/31/08   I spoke with JM
①
2/15/08  Last mos episodes of "dizziness" lasting 3 mins esp'y under stress.
  Can relate to ②. Vision blurred.  No dyspnoea / palpitations but
  sweating. Occurs several times/wk.
  Frequent insomnia (11pm → 7am sleep)
  Continues to feel harassed at work.   - pursuing Fed. leave suit re

MSKCC 00725 →

2/11/08
Tense worth anxious on
GMBA-P 10mg qd didn't help.
Concern for M's health + $concerns (legal+health)
No med exam in ≈ 2yrs
Sus/mans v paranoia? less intense
Imp: Adj D/O (anxious) with anxiety attacks
     S aff D/O?
Plan    Med. Eval'n    (hyperthyroid - cold tolerance (no wt change))
        CNZ 0.25 → 2mg HS
        Call week/prn

2/13/08  "Med working well" → sl slowness
④  "Doing other people's work + supervisors watching"
   will call

3/17/08  Left message. Meds very useful in relieving stress
①

**MICHAEL MURPHY M.D.**
**80 UNIVERSITY PLACE # 3E**
**NEW YORK, NY 10003**
**(212) 777-0370**

NT Visit 5/14/07

BRYAN [redacted]

DOB REDACTED

| DATE | MEDICATION | DOSE | QUANTITY | COMMENTS |
|---|---|---|---|---|
| 1/4/07 | Loxapine (Lox) | 10-20mg HS | 10mg × 60 | |
| | ↓ Lox D/C 8/27/07 | 10mg PO | | |
| 8/27/07 | Aripiprazole (Amp?) | | 30mg × 120 | |
| 4/15/08 | Clonazepam (Clz) | 0.25 HS | 0.5mg × 100 | |

MSKCC 00727