# EXHIBIT D

HR Admin                                                                                                          Page 1 of 1

| | |
|---|---|
| **Internal Job Entry Form** | |
| Job Title | Central Processing Technician, Lead |
| Department | Central Processing |
| Wage Scale | S24 |
| IS Specific | ○ Yes  ● No |
| Manager | |
| Requisition Number | 010643 |
| Begin Date | 06/09/2006 |
| End Date | 07/23/2006 |
| Location | Memorial Hospital |
| Division | Service |
| ARP | ○ Yes  ● No |
| Description | |
| | Assist the supervisor or manager in the daily operations of the department and to direct staff employees in the proper procedures used in the sterilizing process.<br><br>High School diploma or equivalency; certification; 2 years experience as an Equipment Specialist; Good communication |
| | Submit  Cancel |

[Return to Menu]

MKSCC 00665