# EXHIBIT E

Req Activity All Applicants

Page 1 of 1

New Window | Help | Customize Page |

**Requisition Activity**

        

All Applicants    Routings    Interview Schedules    Interview Results    Offers    Expenses

## All Applicants

**Job Requisition**

**Job Requisition:** 010643

| | | | | |
|---|---|---|---|---|
| **Status:** | 110-Filled | | **Date Opened:** | 05/26/2006 |
| **Position:** | 00011571 Cent Proc | | **Department:** | 23070  Central Processing Departn |
| **Business Unit** | Nursing | | **Job Code:** | 002196  Cent Proc |

**Applicant**

Customize | Find | View All |    First 1-2 of 2 Last

| Applicant ID | Applicant Name | Application Date | Applicant Type | Status Code |
|---|---|---|---|---|
| A0096247 | Ramona Caceres | 07/12/2005 | Ext Appl | 110-Reject |
| A0125959 | Miguel Ruiz | 03/23/2006 | Ext Appl | 090-Hired |

Save    Return to Search