# EXHIBIT  F

# CPD Case Interviews

## Summary

Interviews were conducted on Thursday, April 17, 2008 with *Efrain Perez, Isaac Donkor, Fitzgerald Agustus, Aymar SohFotso and Edwin Adon.*

They all expressed the same concerns over Edmund's behavior:  There were not many specific examples given.  They also preferred that their conversations with me remain confidential to the extent that is possible due to concerns over their safety.  No employee I met with has witnessed Edmund saying anything or acting in any threatening manner.  All employees mentioned that they would prefer not to work with Edmund.

There were common themes mentioned by all.  They all feel unsafe working with Edmund.  They feel that Edmund has created an uncomfortable and awkward working environment.  They cite his bizarre behavior as a reason for this.  They all said that Edmund has mood swings (sometimes he talks, some days he does not).  He isolates himself consistently, sitting/standing in the corner of the room not communicating with anyone.  When he does speak it is often to complain.  He complains about not being promoted over and over again.  He complains about being discriminated against by the Hospital.  They all feel that Edmund's behavior fits the profile similar to the killers described in the "Columbine and Virginia school incidents" (a loner, no wife or kids, or friends, bizarre behavior).

The most specific comments from some of the employees I met with are below.

### Efrain Perez, CPD Tech II:

At times he says hello to Edmund and receives no response. Edmund has a habit of taking new hires "under his wing" to tell them negative information about MSKCC. He experienced this within the first 2 weeks of his hire in 2006. Edmund complained to him that he has not been promoted because of racial discrimination and has brought suit against the hospital. Within 5 months after his date of hire,  Efrain had befriended a housekeeping worker of Jamaican decent that he greeted daily. Efrain asked the Housekeeping Worker named "Lennox" to teach him words in "Jamaican". One day, while in the CPD area, Efrain greeted the housekeeping worker by saying "Guan Gwan" a word he was taught by the worker was a greeting used in Jamaica. Upon hearing this, Edmund, who is from Jamaica, became enraged, stood up and yelled "Stay the hell away from my culture". Edmund then left and reported the incident to his supervisor. Efrain was confused by the reaction since there was nothing derogatory said.  Soon after in a staff meeting John Meggs informed the dept. that from that point on it was prohibited for anyone to speak in a language that was not of their native orgin. Efrain indicated that he was given a "below expectation" performance rating in "teamwork" and told that he must respect and understand cultural diversity.  He said John made reference to Edmund's complaint.

Efrain also indicated that Edmund used to bring in a briefcase to work daily with a few locks on it and left it in the front of the dept. where most bags and items were placed.  However, John then changed the policy stating that items can no longer be left in the area.  Since then, Efrain has never seen the briefcase again.  Efrain said he and his co-workers were concerned over what may have been in the briefcase.  No one ever asked because they were afraid of his reaction and response.

### Aymar Soh Fotso, CPD Tech II:

Aymar indicated that he has heard Edmund call middle-easterners "his people".  He described Edmund as being a hateful, bizarre individual.  He is "anti"-everyone.  He complains about not being promoted, about being discriminated against, complains about the United States, and complains about the lawsuits.  He is fearful that if Edmund looses his current suit against the hospital it will trigger something and he may go "postal".  The rest of the dept. is like a family, but Edmund isolates himself by not talking and always sitting away from the group.

MSKCC 00736

# CPD Case Interviews

He described a more recent incident. On several occasions this week he gave Edmund instructions on how to organize the cart (when 2 Tech's are working together organizing the cart for tray to be forwarded to the OR, one Tech typically acts as the lead instructing the other person how they would like to have the cart organized). Edmund either disagreed with his instructions or did not respond. Aymar had to call Rupert, the supervisor to communicate with Edmund. Rupert reiterated the exact same instructions to Edmund and he complied with the request.

Aymar stated that if he ever left on vacation and heard on the news that an employee went "postal" at a NYC hospital, he wouldn't be surprised to learn that it was Edmund.

**Edwin Adon, CPD Tech I:**
Edwin concurred with the rest of the group that Edmund has created an uncomfortable environment to work in. On several occasions Edwin would pass Edmund in the hallway, say hello and receive no response. One day he was walking down a hallway toward the door and Edmund was behind him. He pulled the door open for Edmund and motioned for him to go through. Edmund refused to go through the door and just stood there and said nothing. Edwin decided to continue on through the door and kept walking. He did not see Edmund come through the door and thought this was an example of his bizarre behavior. Edwin indicated that the workers on his shift leave the radio on Lite-FM daily and this seems to bother Edmund.

Everyday when the supervisor leaves the area, Edmund gets up and turns off the radio without asking anyone. No one has ever complained to Edmund about this because everyone is too scared to confront him.

**Other note:** Rupert Gilette, CPD Supervisor mentioned that Edmund has not taken a full vacation in years, rarely calls in sick and constantly looses vacation time. He suggested that this may add to the staff's concerns that Edmund may become too "wound-up" due the lack of relaxation, rest, work/life balance and may one day burst because of this.

MSKCC 00737