UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EDMUND BRYAN,                        :

        Plaintiff,          :     No. 07 Civ. 7300 (SHS)

  -against-                         :     ECF CASE

MEMORIAL SLOAN-KETTERING CANCER      :
CENTER,
                                   :
        Defendant.          :
------------------------------------ X

## APPENDIX OF UNREPORTED CASES SUBMITTED
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**McDERMOTT WILL & EMERY LLP**

340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400

Attorneys for Defendant
Memorial Sloan-Kettering Cancer Center