USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

EDMUND BRYAN

        Plaintiff,

    -against-                       07 CV 7300 (SHS)

MEMORIAL SLOAN-KETTERING CANCER       **ORDER**
CENTER

        Defendant.
--------------------------------------------------

SIDNEY H. STEIN, U.S. District Judge

    IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to Defendant's summary judgment motion is due on or before June 25, 2008; and

2. Defendant's reply to Plaintiff's opposition is due on or before July 2, 2008.

Dated: New York, New York
       June 23, 2008

                     SO ORDERED:

                     Sidney H. Stein, U.S.D.J.