**THE SCOTT FIRM, P.C.**

A. Baraka Scott (AS 8751)
55 Washington Street
Suite 750
Brooklyn, New York 11201
(718) 852-7000 (phone)
(718) 852-3302 (facsimile)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------X

EDMUND BRYAN,                                                    ECF CASE
                                                                 07cv7300 (SHS)
                        Plaintiff,

        Against                                                  Declaration of

                                                                 A. Baraka Scott

MEMORIAL SLOAN-KETTERING CANCER CENTER


                        Defendant
-------------------------------------------------------------------------------X

      A. BARAKA SCOTT, counsel for Plaintiff, Edmund Bryan hereby declares under penalty of perjury that the following are attached as exhibits to Plaintiff's Statement of Facts, Declaration and Memorandum of Law in Opposition to Defendant MSKCC's Motion for Summary Judgment:

1. Plaintiff Edmund Bryan's Declaration;

2. Affidavit of Audwin Fogle

3. Statement of Facts in Response to MSKCC's Rule 56.1 Statement

4. Rupert Gillette Deposition

5. Bryan 2003 and 2004 Performance Appraisals

6. MSKCC March 14, 2007, investigation

7. Sheila Donoghue Deposition

8. September 20, 2005 memo to Rupert Gillette

9. August 3, 2006 memo to Rupert Gillette

Dated: Brooklyn, New York
       June 20, 2008

Respectfully submitted,

By:_____/S/_____
   A. Baraka Scott (AS8751)
THE SCOTT FIRM, P.C.
Attorneys for Plaintiff
55 Washington Street
Suite 705
Brooklyn, New York 11201
718.852.7000(p)
718.852.3302(f)