

Scanned _____
Indexed _____
Verified _____

# H25 PERFORMANCE APPRAISAL
# 2003

**ID #:** 523400

**NAME:** BRYAN, EDMUND H

**C.C.** 2307

MKSCC 00241

## CORE COMPETENCIES/KEY BEHAVIORS

**2. Teamwork:** Works collaboratively with others to accomplish departmental and organizational goals.

Performance Expectations:
- Cooperates with all department staff in working towards departmental goals and objectives.
- Steps forward and helps co-workers when something must get done.
- Respects diversity/cultural differences.
- Changes focus and direction to meet the workload priorities of the department.
- Rebounds from conflicts with others and maintains a productive working relationship.
- Carries full weight when working with others to ensure a shared effort in the outcome.
- Attends all scheduled and impromptu departmental meetings promptly, and actively participates to accomplish team goals; provides reason for non-attendance and follows up to learn what transpired during meeting.
- Cooperates with coworkers and staff in other departments in sharing accurate information.
- Demonstrates flexibility to function as part of a team by complying with changes in routine without continuous supervision, adjusting to peak workload and completing priority assignments promptly.
- Follows through on recommendations for improved job performance; accepts and incorporates feedback on performance.
- Provides notifications for absences and vacation requests according to established guidelines.

Weight: 20%

| 1 | 2 ✓ | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments:
MR. BRYAN HAS IMPROVED HIS COOPERATION WITH OTHER STAFF.

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 9

MKSCC 00250

## CORE COMPETENCIES/KEY BEHAVIORS

**Judgment:** Responds to issues within a systematic problem-solving approach, gathering information and weighing strengths of various solutions to anticipate, accurately assess, and resolve issues and problems.

**Key Behaviors:**
- Asks questions or verifies information when not sure; does not make assumptions if unsure or unclear.
- Directs efforts to what most needs attention by considering what's important and to whom, and number of people affected.
- Seeks additional help to solve problems or complete tasks as necessary (e.g., due to lack of job knowledge, unavailability of best resource, unsure of or unclear about appropriate next step).
- Follows established department guidelines and Center protocols in urgent situations and follows-up by notifying supervisor when necessary.
- Applies existing rules and procedures to guide actions and decisions.

Weight: 15%

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments: MR BRYAN DOES ASK QUESTIONS TO VERIFY INFORMATION WHEN NEEDED.

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

Page 11

MKSCC 00253

## CORE COMPETENCIES/KEY BEHAVIORS

**6. Effectiveness** – accomplishes desired results in a manner that maximizes the use of time and resources.

**Key Behaviors:**
- Checks accuracy of information and own work.
- Maintains an organized environment (e.g., workplace) so that information/objects are easily accessible to self and others.
- Uses time available for most important tasks.
- Meets established productivity standards for the job.
- Follows all established Center and departmental guidelines, policies and procedures (e.g., infection control, patient safety, waste disposal, personal safety, fire/radiation safety, equipment use).
- Limits the number of personal phone calls made and received on a daily basis to essential ones.

**Weight: 10%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

**Comments:** MR BRYAN DOES IMANTHIN AN ORGANIZE ENVIROMENT IN HIS WORK AREA.

**Development Activity (if applicable):**

Central Sterile Technician
Central Processing Department

Page 13

## SIGNATURES

**Employee's comments on the evaluation and the evaluation discussion:**

**Supervisor's comments on the evaluation discussion:**

Mr Bryant Refused to sign (RW)

_____  11-5-03
Signature of Reviewer        Date Signed

_____  11/10/03
Signature of Reviewer's Supervisor  Ack 1/25/04   Date Signed

_____  _____
Signature of Employee        Date Signed

Expectations for the next appraisal period were reviewed and discussed. A copy of performance expectations and key behaviors was distributed to employee.

_____  11-5-03
Signature of Reviewer        Date Signed

_____  _____
Signature of Employee        Date Signed

Central Sterile Technician                                  Page 25
Central Processing Department

MKSCC 00266



Scanned _____
Indexed _____
Verified _____

# H25 PERFORMANCE APPRAISAL
## 2004

ID #:    523400

NAME:    BRYAN, EDMUND H

C.C.     2307

MKSCC 00269

## JOB RESPONSIBILITIES/PERFORMANCE EXPECTATIONS

**Responsibility 3: STERILIZATION**

Selects appropriate sterilization mode, sterilizes items, and verifies established departmental/AAMI Standards for sterilization.

| Percent of Time: 20% | Level of Importance: Critical | Transferability/Permanence: P |
|---|---|---|

**Performance Expectations:**
- Scans all items being sterilized into the instrument tracking system.
- Selects appropriate sterilization mode (e.g. high vacuum steam, gravity displacement steam, ethylene oxide) for each item; considers type of item.
- Selects appropriate sterilization time, temperature, and drying time for each item; considers type of item.
- Uses a biological test during sterilization for all implants.
- Asks charge person which method to use when item is new or unfamiliar.
- Performs sterilization procedures completely per department guidelines.
- Verifies that sterilization log number corresponds with sterilizer and places on Supervisor's desk.
- Attaches "exposed" indicator strip to sterilization log.
- Observes all quarantine protocols and records results on sterilization log.
- Proofreads all sterilization printouts to ensure sterilization parameters were met; notifies charge person/supervisor if parameters were not met; obtains second signature as required by departmental policies.
- Changes paper roll as needed.
- Changes label settings as required on a day-to-day basis, checks to make sure that the month, date, sterilizer number, and load number correspond to the appropriate times.
- Ensures a proper cool-down period (at least 20 minutes) before placing items into sterile storage or transporting to the Operating Room Clean Core.
- Tests scopes for leaks, checks containers for cleanliness and repackages all flexible scopes in appropriate containers; matching serial number of scope and container.
- Ensures that the correct scope/s are returned to right location/s, eg: GI, OR, M14, Head & Neck, Suffolk/Commack, Radiation/Oncology and Anesthesia areas
- Scans into the instrument tracking system all items to Sterile Storage when appropriate.
- Attaches ETO cap on all scopes during preparation for ETO sterilization.
- Check sterilizers located in the Main OR/SDH to ensure proper working conditions.

**Weight: 20%**

| 1 | 2 | 3 ✓ | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to meet requirements | Inconsistently meets requirements | Consistently meets requirements | Consistently exceeds requirements | Performance results in substantial impact |

**Comments:** MR BRYAN IS VERY DETAILED WHEN WORKING THESE AREAS OF THE DEPARTMENT.   N

**Development Activity (if applicable):**

Central Sterile Technician
Central Processing Department

Page 4

MKSCC 00273

## CORE COMPETENCIES/KEY BEHAVIORS

**2. Teamwork: Works collaboratively with others to accomplish departmental and organizational goals.**

**Performance Expectations:**
- Cooperates with all department staff in working towards departmental goals and objectives.
- Steps forward and helps co-workers when something must get done.
- Respects diversity/cultural differences.
- Changes focus and direction to meet the workload priorities of the department.
- Rebounds from conflicts with others and maintains a productive working relationship.
- Carries full weight when working with others to ensure a shared effort in the outcome.
- Attends all scheduled and impromptu departmental meetings promptly, and actively participates to accomplish team goals; provides reason for non-attendance and follows up to learn what transpired during meeting.
- Cooperates with coworkers and staff in other departments in sharing accurate information.
- Demonstrates flexibility to function as part of a team by complying with changes in routine without continuous supervision, adjusting to peak workload and completing priority assignments promptly.
- Follows through on recommendations for improved job performance; accepts and incorporates feedback on performance.
- Provides notifications for absences and vacation requests according to established guidelines.
- Notifies Supervisor/ Lead Technician on breakdown of equipment or other problems in the area workflow.

**Weight: 20%**

| 1 | 2 ✓ | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

**Comments:** MR BRYAN DOES NOT SHOW ANY INTEREST IN THE DEPARTMENTS FUNCTION, HE COMES IN WORKS AND LEAVE

**Development Activity (if applicable):**

Central Sterile Technician
Central Processing Department

Page 9

MKSCC 00278

## CORE COMPETENCIES/KEY BEHAVIORS

**1. Service:** Treats those individuals (e.g., patient/family, client, Center employees) who depend on the quality, accuracy and timeliness of the work as unique individuals in a respectful, courteous manner, and focuses on understanding and meeting their needs.

**Key Behaviors:**
- Addresses individuals by name and utilizes relevant information in every interaction to create strong relationships.
- Demonstrates positive regard for individuals by maintaining an approachable demeanor (e.g., smiles appropriately, offers help to those who seem lost, willing to answer questions).
- Delivers services to the right place at the right time.
- Places the needs and convenience of service recipients before own.
- Anticipates service recipient's needs and attempts to fulfill them.
- Considers the impact on others when carrying out tasks and acts accordingly.
- Demonstrates flexibility in order to satisfy the service recipient.
- Keeps promises and commitments to service recipients.
- Researches/finds answers to questions that cannot be answered immediately and gets back to individual(s) with answer.
- Uses knowledge of services to ascertain what is possible to deliver to others and only promises what is possible to deliver.
- Continuously seeks to improve service processes, standards, and objectives.

Weight: 15%

| 1 | 2 ✓ | 3 | 4 | 5 |
|---|---|---|---|---|
| Significantly fails to demonstrate behaviors | Inconsistently demonstrates behaviors | Consistently demonstrates behaviors | Consistently exceeds required behaviors | Performance results in substantial impact |

Comments:

MR. BRYAN DOES RESPOND WHEN A REQUEST IS MADE.

Development Activity (if applicable):

\* See last page for complete description of rating scale.

Central Sterile Technician
Central Processing Department

Page 8

## CORE COMPETENCIES/KEY BEHAVIORS

**3. Communication: Gives and receives information with professionalism and respect in order to promote a shared understanding.**

**Performance Expectations:**
- Provides information in a clear, concise, organized manner; ensures the main points of the communication are emphasized; presents one idea at a time.
- Provides a level of detail that is appropriate to the listener(s) and the circumstance(s).
- Solicits feedback from others to ensure their understanding of communications.
- Uses active questioning techniques (e.g., open-ended, close-ended, probing) to obtain additional needed information to ensure complete understanding of situation before providing information and/or choosing a course of action; uses questions that prevent the receipt of biased information.
- Listens objectively; avoids making assumptions; avoids letting past experiences with an individual interfere in the listening process.
- Demonstrates courtesy and respect for others at all times (e.g., allows others to finish speaking before beginning to speak, keeps an even tone of voice, requests assistance from others).
- Uses nonverbal behavior to match and support verbal message (e.g., makes eye contact, maintains even rate of speech and inflection).
- Requests clarification from speaker if verbal and nonverbal communications do not match.
- Maintains a calm, professional manner; keeps composure under stressful conditions by considering context in which events occur and statements made.
- Answers all telephone calls on the second or third ring, identifying you, organization, and department.
- Communicates a professional image through the use of appropriate nonverbal behavior and proper attire (e.g., follows dress code); displays MSKCC ID badge at all times.
- Always respects confidentiality by giving information to those individuals who are authorized and have a need to know.
- Notifies Supervisor/Lead Technician when leaving the work area for any extended period of time.

Weight: 15%

| 1<br>Significantly fails to demonstrate behaviors | 2<br>Inconsistently demonstrates behaviors | 3 ✓<br>Consistently demonstrates behaviors | 4<br>Consistently exceeds required behaviors | 5<br>Performance results in substantial impact |
|---|---|---|---|---|

Comments: MR. BRYAN DOES COMMUNICATE IN A PROFESSIONAL MANNER.

Development Activity (if applicable):

Central Sterile Technician
Central Processing Department

MKSCC 00279

## SIGNATURES

**Employee's comments on the evaluation and the evaluation discussion:**

**Supervisor's comments on the evaluation discussion:**

MR BRYAN REFUSED TO SIGN AND HAD NO INTEREST IN HIS EVALUATION.

_____   11-10-04
Signature of Reviewer            Date Signed

_____   11/10/04
Signature of Reviewer's Supervisor   Date Signed

REFUSE TO SIGN                    11-10-04
Signature of Employee            Date Signed

Expectations for the next appraisal period were reviewed and discussed. A copy of performance expectations and key behaviors was distributed to employee.

_____   _____
Signature of Reviewer            Date Signed

_____   _____
Signature of Employee            Date Signed

Central Sterile Technician
Central Processing Department

Page 25

MKSCC 00294