

Rupert Gillette # 75101

RE:   JOB PERFORMANCE
      September 20th, 2005

Mr. Rupert Gillette and I had a discussion concerning a conversation I had with Mr. Edmund Bryan who informed me that his Benefits package (Retirement information) was discarded in the garbage bin the previous night of 9/15/05.

Mr. Gillette informed me that as he usually does he cleans the entire department and discards any items that he sees lying around. He had personally given the envelope to Mr. Bryan on the 9/13/05 who was assigned to the Custom Ultrasonic area and again mentioned it to him on 9/14/05. On the night of 9/15/05, while cleaning the department, Mr. Gillette (he says that he did not check the name on the envelope) threw the envelope in the garbage bin. A few hours later Mr. Bryan noticed that the envelope was not where he had left it, noticed that the garbage bin was emptied by Building Service staff, and he (Mr. Bryan) when through the garbage bags and retrieved his benefits package.

Mr. Gillette informed me that during his cleaning he has always thrown out items either personal or job related after seeing these items for more than a day or two. I instructed Mr. Gillette that effective from 9/20/05, he is to leave all personal Hospital related staff correspondence in the office and not to thrown anything in the garbage.

Mr. Gillette and I continue to have many discussions on the job working relationships he has with several of his staff members. He was made aware that our conversations concerning these counter-productive relationships are being monitored by our Employee Relations Specialist, Sheila Donoghue.

John Meggs
9/20/05

Rupert Gillette
3/9/06

**Kevin Walrond** stated that he has to work around Mr. Bryan. He described Mr. Bryan as being "bi-polar" and this causes personal tension for Mr. Waldron. He denied making or engaging in any racial slurs. When asked about joking about people who live at home and referring to them as being feminine he stated that he did not recall a conversation and added that that he lives at home.

**Miguel Ruiz** described Mr. Bryan as "shut down and in his own world". He does not mingle or talk to anyone unless asked a question. If told to get something he has an attitude. Mr. Bryan applied for the job that Mr. Ruiz has. Mr. Ruiz described the climate as respectful. He does not recall any ethnic jokes being told, but stated that sometimes a person from another cultural group will ask the porter Lenox or Edmund Bryan how to say a particular word in Jamaican and sometimes he repeats the word with an incorrect accent and this upsets Mr. Bryan. He said that he has not heard any conversation about people who live at home are feminine.

**Rupert Gillette** said that Ephraim Terez, CPD Technician, jokes with Lenox, an Environmental Service employee, by trying to speak with a Jamaican accent. Mr. Bryan overheard this and reported it to the department manager. Mr. Gilette was told to address this with the staff. (see memo). He acknowledged that the word "nigga" is used in the department when the guys are fooling around. I instructed him to speak to the staff about refraining from using the word at work as it is considered to be offensive by people.

**Kevin O'Connor** has not heard anything directly offensive, and feels that Edmund Bryan looks for "repression". He said that one day the guys were joking with Kenneth Walrond about living with his mother, and not having to pay rent and recalls someone saying as son as I was eighteen I was out. He said that Mr. Bryan works about fifty feet away and doesn't know how he could have heard the conversation. Mr. O'Connor recalled asking Lenox (porter) where he was from and what it was like the first time that he felt the cold. He told Lenox that when they retire they will have sugar plantations next to each other and play cricket. He does hear the word "nigga" used when the guys are playing around. As a Caucasian he would not use the word.

- I reviewed an e-mail exchange between Rupert Gilette and John Meggs regarding Ephraim Terez trying out a Jamaican accent with Lenox. Mr. Gillette was reporting that Ephraim informed him that Mr. Bryan overheard the conversation and then threatened him. Mr. Bryan denied this. Mr. Meggs in a second e-mail instructed Mr. Gillette to speak to the staff about the inappropriateness of this