


H32
52340

Rupert Gillette
CPD Supervisor, Night shift
MSKCC

8/3/06

MSKCC received the findings on the hearings presented to the Commission on Human Rights for Edmund Bryan's discrimination case based on his perceived sexual orientation. The Administrative Judge dismissed the complaint for several reasons, most of which I will not address. I will however, address one important issue which the Hospital and myself as the Manager of the department feels that it is important to discuss with you both in writing and verbally: **the use of vulgar language in the workplace.**

As stated by the Administrative Judge in his ruling.... *"Although I believe that Gillette made vulgar comments over the years, I did not credit the testimony of Bryan and his friends that those remarks were pervasive",.........* he continued, *"None of the parties should be proud of the language used at this workplace. The lack of professionalism was particularly inappropriate in light of the Center's important work".*

You and I have had many discussions not only on the use of vulgar language in the workplace, but also the inappropriate playing of radio stations, and CD's which are vulgar in nature. These incidents have decreased within the past few months and you must be commended, however you need to be aware that Hospital Administration will remain vigilant in maintaining a workplace that is free from any and all inappropriate staffs' behaviors. You will be held accountable, resulting in termination of employment should a staff member make allegations relating to these issues to the Employee Relations department, and their investigations prove that there are merits to these allegations.

It cannot be stressed too strongly that as supervisory staffs, we must set an example to staffs on the importance of adhering to the Hospital's Code of Conduct and Regulations (anti-harassment/ non-discrimination).

John Meggs
Manager, CPD

Rupert Gillette
Supervisor, CPD

Cc:  Sheila Donoghue
     Aileen Killen
     Liz McCormick