## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, July 2, 2008, I served the accompanying Defendant's Reply Memorandum of Law in Further Support of Defendant's Motion for Summary Judgment and Affidavit of Joel E. Cohen, Esq. upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      July 2, 2008

                                                Amelia J. Crowley