UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
EDMUND BRYAN,                            :
       Plaintiff,                        :   No. 07 Civ. 7300 (SHS)
  -against-                             :   ECF CASE
MEMORIAL SLOAN-KETTERING CANCER          :   **AFFIDAVIT OF**
CENTER,                                      **JOEL E. COHEN, ESQ.**
       Defendant.                        :
---------------------------------------- X

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

    JOEL E. COHEN, being duly sworn, deposes and says:

    1.    I am duly admitted to practice law in this Court and am a partner at the law firm of McDermott Will & Emery LLP, counsel for defendant Memorial Sloan-Kettering Cancer Center ("Defendant" or the "Center"), in the above-captioned action.

    2.    I am fully familiar with the facts of this proceeding and make this affidavit in support of Defendant's Motion For Summary Judgment.

    3.    Attached hereto as Exhibit A are true and correct copies of those pages from Rupert Gillette's deposition transcript that are referred to in Defendant's accompanying Reply Memorandum of Law in Further Support of its Motion for Summary Judgment.

    WHEREFORE, the undersigned respectfully requests that this Court grant Defendant's Motion in its entirety.

                                                          _____
                                                          Joel E. Cohen

Duly sworn to before me this
2nd day of July 2008

_____
Notary Public

JOANNE ALNAJJAR
Notary Public, State of New York
No. 02AL6164964
Qualified in New York County
Commission Expires May 7, 2011

NYK 1168222-1.034164.0066